UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC, a Delaware
limited liability company; CAROLINE
RECORDS, INC., a New York Corporation;
VIRGIN RECORDS AMERICA, INC., a
California Corporation; EMI BLACKWOOD
MUSIC, INC., a Connecticut Corporation; EMI
APRIL MUSIC, INC., a Connecticut
Corporation; EMI FULL KEEL MUSIC, Inc., a
duly licensed Corporation; EMI VIRGIN
MUSIC, INC., a New York Corporation; EMI
ROBBINS CATALOG, INC., a New York
Corporation; EMI WATERFORD MUSIC,
INC., a California Corporation; EMI GROVE
PARK MUSIC, INC., a California Corporation;
COLGEMS-EMI MUSIC, INC., a Delaware
Corporation; and EMI VIRGIN SONGS, INC.,
a New York Corporation

       Plaintiffs,

      v.

VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a
Delaware corporation; HI5 NETWORKS, INC.
d/b/a HI5.COM, a California corporation; and
DOES 1-10, inclusive

       Defendants.

CASE NO.

**COMPLAINT FOR DIRECT,
CONTRIBUTORY, AND VICARIOUS
COPYRIGHT INFRINGEMENT,
MISAPPROPRIATION, AND UNFAIR
COMPETITION**

**DEMAND FOR JURY TRIAL**

JUN 27 2008

U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiffs Capitol Records, LLC; Caroline Records, Inc.; Virgin Records America, Inc.;

EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music; EMI Virgin Music,

Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.;

Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc. (collectively, "Plaintiffs"), by their

attorneys Mitchell Silberberg & Knupp LLP, for their Complaint against Defendants VideoEgg,

Inc.; Hi5 Networks, Inc.; and Does 1-10 ("Defendants"), allege, upon knowledge as to their own

acts and upon information and belief as to the acts of others, as follows:

## PRELIMINARY STATEMENT

1.      Plaintiffs Capitol Records, LLC ("Capitol"), Caroline Records, Inc. ("Caroline") and Virgin Records America, Inc. ("VRA") are record companies. Plaintiffs EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music, Inc.; EMI Virgin Music, Inc., EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc. are music publishing companies. Plaintiffs (all of which are companies affiliated with the EMI Music Group), are the owners of copyrights and related rights in thousands of sound recordings and musical compositions, including some of the most popular sound recordings and musical compositions in the world. Plaintiffs bring this action to obtain redress for, and to bring a stop to, massive and blatant infringement of their copyrighted works by a "social networking" website, Hi5.com, and by the entity that enables such infringement to take place by copying, adapting, publicly performing and distributing videos that have been uploaded, viewed, and disseminated by users of Hi5.com.

2.      Defendant VideoEgg, Inc. ("VideoEgg") purports to offer technology and services that allow users, through websites operated by VideoEgg's "partners," to upload digital videos to VideoEgg's server, view those videos, and then distribute them virally and for free over the Internet. Among VideoEgg's "partner" websites is www.hi5.com, which is owned and operated by defendant Hi5 Networks, Inc. ("Hi5"). VideoEgg makes Hi5 "video-ready" by copying videos uploaded by users of these websites to the VideoEgg servers and publicly performing and distributing (and providing the technology that enables the public performance or distribution of) these videos. Among the videos copied, publicly performed, and distributed by VideoEgg, Hi5, and/or their users are videos containing Plaintiffs' sound recordings and musical compositions. Through the use of VideoEgg's services and technology, and by its own conduct

2

and activities, Hi5 has become a repository for infringing music videos, including videos containing some of Plaintiffs' most popular sound recordings and musical compositions.

3.    Defendants know or have reason to know that among the videos they copy, publicly perform, and distribute (or enable their users to copy, publicly perform, and distribute) are videos containing infringing copies of Plaintiffs' copyrighted sound recordings and musical compositions.  VideoEgg claims to view and screen each of the videos uploaded to its server. Hi5 encourages its users to view and share content on its website, and it facilitates, participates in, and induces its users to engage in the unauthorized reproduction, adaptation, public display, and public performance of videos containing Plaintiffs' copyrighted works.  Moreover, videos containing Plaintiffs' sound recordings and musical compositions, many of which are among the most famous musical works in the world, are readily identifiable as such.  Defendants are well aware that Plaintiffs never have authorized the copying, public performance, or distribution of these works by Defendants or on their websites.  While each of the Defendants has the right, ability, and legal obligation to prevent infringement of Plaintiffs' copyrighted works, they have allowed infringement to go unchecked, content to profit handsomely from advertisements that appear side-by-side with infringing content, and from the draw created by their dissemination of Plaintiffs' copyrighted works.

## JURISDICTION AND VENUE

4.    This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101 et seq., and for misappropriation and unfair competition under the laws of the State of New York.

5.    This Court has subject matter jurisdiction over Plaintiffs' claims for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Pursuant to 28 U.S.C. § 1367, this

1822681.1

Court has supplemental jurisdiction over Plaintiffs' state law claims for misappropriation and unfair competition in that they are so related to Plaintiffs' claims under the Copyright Act as to be part of the same case or controversy.

6.      This Court has personal jurisdiction over Defendants in that, among other things, Defendants are doing business in the State of New York and in this judicial district, and Plaintiffs are suffering harm in this District, among others.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(a), in that Defendants are subject to personal jurisdiction, and may be found, in this District.

## THE PARTIES

8.      Capitol is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.

9.      Caroline is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

10.     VRA is a corporation duly organized and existing under the laws of the State of California, with its principal places of business in Los Angeles, California, and New York, New York.

11.     EMI Blackwood Music, Inc., is a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business in New York, New York.

4

12.    EMI April Music, Inc., is a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business in New York, New York.

13.    EMI Full Keel Music, Inc., is a corporation duly organized and existing, with its principal place of business in New York, New York.

14.    EMI Virgin Music, Inc., is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

15.    EMI Robbins Catalog, Inc., is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York, New York,.

16.    EMI Waterford Music, Inc., is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in New York, New York.

17.    EMI Grove Park Music, Inc., is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in New York, New York.

18.    Colgems-EMI Music, Inc., is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.

19.    EMI Virgin Songs, Inc., is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.

20.    Capitol, Caroline, and VRA (hereinafter collectively referred to as the "Record Company Plaintiffs") are engaged in the business of producing musical sound recordings and

distributing, selling, and/or licensing the distribution, sale, and use of their sound recordings in phonorecords (as defined in 17 U.S.C. § 101), in audiovisual works, and for streaming and downloading over the Internet. The Record Company Plaintiffs invest substantial money, time, effort, and creative talent in discovering and developing recording artists, and in creating, advertising, promoting, selling, and licensing sound recordings embodying the performances of their exclusive recording artists and their unique and valuable sound recordings.

21.    The Record Company Plaintiffs own copyrights and/or exclusive rights in and to thousands of sound recordings (the "Copyrighted Recordings"), including many of the most popular sound recordings in the world. Among the Copyrighted Recordings whose copyrights are owned by the Record Company Plaintiffs are the recordings identified on Schedule A hereto. Plaintiffs have obtained certificates of copyright registration issued by the Copyright Office in each of the Copyrighted Recordings, including but not limited to those identified on Schedule A. As the owner of copyrights in the Copyrighted Recordings, the Record Company Plaintiffs possess the exclusive rights, among other things, to reproduce the Copyrighted Recordings in copies or phonorecords, to adapt the Copyrighted Recordings, to distribute copies or phonorecords of the Copyrighted Recordings to the public, and to perform the Copyrighted Recordings publicly by means of a digital audio transmission.

22.    The Record Company Plaintiffs also possess exclusive ownership rights in thousands of sound recordings of musical performances that initially were fixed (including on phonorecords) prior to February 15, 1972 ("Pre-1972 Recordings.") Such ownership rights are protected under New York law. (Capitol Records, Inc. v. Naxos of America, Inc., 4 N.Y.3d 540; 830 N.E.2d 250; 797 N.Y.S.2d 352 (2005)). Congress has expressly recognized that the states provide extensive protection through various state doctrines to recordings fixed before February 15, 1972, and that the federal Copyright Act cannot be used to "annul[] or limit[]" limit those

6

1822681.1

rights until February 15, 2067." 17 U.S.C. § 301(c). Among the Pre-1972 Recordings owned by the Record Company Plaintiffs are those identified on Schedule B hereto. (The "Copyrighted Recordings" and the "Pre-1972 Recordings" collectively are referred to as the "Recordings.")

23.     EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music, Inc.; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc. (the "Music Publisher Plaintiffs") are engaged in the business of acquiring, owning, publishing, administering, licensing, and otherwise exploiting copyrights in musical compositions. Each of the Music Publisher Plaintiffs has its principal place of business in New York, New York. The Music Publisher Plaintiffs invest money, time, effort, and creative talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on their own behalf and on behalf of songwriters and other music publishers with whom they have contractual relationships. The Music Publisher Plaintiffs own or administer (in whole or in part) copyrights and/or exclusive rights in and to thousands of musical compositions (the "Musical Compositions"), including by way of example those compositions identified on Schedule C hereto. The Music Publisher Plaintiffs have obtained certificates of copyright registration issued by the Copyright Office in each of the Musical Compositions, including but not limited to those identified on Schedule C. As the owners or exclusive administrators of copyrights in these Musical Compositions, the Music Publisher Plaintiffs possess the exclusive rights, among other things, to reproduce the Musical Compositions in copies or phonorecords, to adapt the Musical Compositions, to distribute copies or phonorecords of the Musical Compositions to the public, to perform the Musical Compositions publicly, and/or to authorize or license such activities. (The Recordings and the Musical Compositions sometimes are referred to collectively as "Plaintiffs' Works.")

7

24.     VideoEgg is a corporation organized and existing under the laws of the State of
Delaware, with its principal place of business in San Francisco, California. In its own words,
VideoEgg offers "an efficient platform that delivers video and rich media advertisements" to
web-based communities or social networking websites. In doing so, VideoEgg, among other
activities, copies videos uploaded via its network of "partner" websites to its server, adapts those
videos, and publicly performs and distributes the videos.

25.     Hi5 is a corporation organized and existing under the laws of the State of
California, with its principal place of business in San Francisco, California. Hi5 is the owner and
operator of the Internet website www.hi5.com. As an integral part of its service, Hi5 permits,
encourages, facilitates, and induces the uploading of thousands of videos, including music
videos, onto servers owned and/or controlled by Hi5 and/or VideoEgg. Hi5 allows "members
[to] voice their opinions and increase the significance of an artist, person, or piece of content" by
listening to audio or viewing audiovisual material. Those materials include videos (many of
which include or embody valuable content owned and/or controlled by Plaintiffs), which are
offered by Hi5 to its users for free. As a Hi5 user views content on the site, Hi5 displays paid
advertisements from which Hi5 and/or VideoEgg derive enormous profits.

26.     The true names and capacities, whether individual, corporate, associate, or
otherwise, of defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiffs,
which sue said defendants by such fictitious names (the "Doe Defendants"). If necessary,
Plaintiffs will seek leave to amend this complaint to state their true names and capacities.
Plaintiffs are informed and believe, and on that basis aver, that the Doe Defendants are liable to
Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.
(VideoEgg, Hi5, and the Doe Defendants collectively are referred to as "Defendants.")

8

27.     Plaintiffs are informed and believe, and on that basis aver, that at all times
mentioned in this complaint, each of the Defendants was the agent of each of the other
Defendants and, in doing the things averred in this complaint, was acting within the course and
scope of such agency.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

28.     Defendants operate Internet websites located at the Uniform Resource Locators
("URL"s) www.videoegg.com and www.hi5.com, respectively.

### VideoEgg

29.     VideoEgg describes itself as "the leading video ad network for online
communities," which purports to "connect[] brands and content owners with people through an
invitation-based rich media approach to advertising." VideoEgg copies, publicly performs,
distributes, and provides technology and services that enable others to copy, publicly perform,
and distribute, video content over the Internet. It profits from these activities by pairing that
video content with advertisements. Among the video content that VideoEgg copies, publicly
performs, and distributes are videos containing Plaintiffs' Works, including the works set forth
on Schedules A, B, and C, attached hereto. However, VideoEgg does not obtain any license or
consent to copy or distribute Plaintiffs' Works and does not pay Plaintiffs any compensation
therefrom.

30.     VideoEgg's business model is premised upon its "partnerships" with various
websites ("Partner Websites"), including so-called "social networking" or "online community"
websites, including the website owned or controlled by Hi5. Pursuant to its partnerships,
VideoEgg provides its Partner Websites with technology and services that enable users of the

9

Partner Websites to upload video content to the Internet and then view and distribute that content. In exchange, VideoEgg inserts advertising into videos uploaded and viewed by users of the Partner Websites and collects income when such advertisements are viewed (or otherwise "interacted" with) by those viewing the videos provided by VideoEgg via its Partner Websites.

31.    Among the services and technology that VideoEgg offers its Partner Websites are (1) proprietary technology that enables users of the Partner Websites to upload videos to the Internet, (2) server space for the storage and copying of such videos, and (3) a video "player" that enables its Partner Websites and their users to publicly perform and view video content. Using VideoEgg's technology, a user visiting a Partner Website may upload a video, which is then copied and stored by VideoEgg on its servers. VideoEgg claims to manually review every uploaded video in order to categorize the video by its content (e.g., music, comedy) and to filter or screen out inappropriate or infringing content. However, this second claim is false, as VideoEgg continues to copy and distribute Plaintiffs' Works without authority or license from Plaintiffs.

32.    Once the video is copied, adapted, categorized, and purportedly "screened" by VideoEgg, VideoEgg converts the video into a file format that enables it to be played by its Partner Websites or their users via its proprietary player. Using this player, upon request, the Partner Website and/or VideoEgg publicly performs, via streaming digital transmission, video content for viewing by users of the Partner Website. Additionally, using the VideoEgg "player," VideoEgg and its Partner Websites enable users of its Partner Websites to "grab" videos or video "code," which they then may use to share the video with other users or "embed" the video into other webpages and thereby further copy, distribute, and publicly perform them.

10

33.     Among the files that have been copied, publicly performed, and distributed by
VideoEgg are videos containing the Recordings and/or the Musical Compositions, including
those set forth on Schedules A, B, and C, and at the links identified thereon.

34.     VideoEgg directly profits from the foregoing activities by "embedding" or pairing
the videos it copies, adapts, publicly performs, and distributes with "rich media" (i.e., video)
advertisements.  These advertisements typically are previewed (e.g., via a thumbnail image in the
corner of the video) while the video is playing.  A viewer may then click on the advertisement to
reveal further information or display the advertisement in its entirety.

35.     VideoEgg knows or has reason to know that among the videos it copies, adapts,
distributes, and publicly performs are videos containing infringing copies of Plaintiffs'
Recordings and Musical Compositions.  VideoEgg claims, including in public statements, that
"humans review every video" and that "filtering UGV [user-generated video] = safe content for
advertisers."  Although VideoEgg has reviewed all of the videos uploaded by users of its Partner
Websites, including those that infringe Plaintiffs' copyrights, it has refused or failed to filter or
delete infringing videos.  Additionally, among the videos copied, adapted, and performed, by
VideoEgg are videos containing some of Plaintiffs' most popular Recordings and Musical
Compositions.  These videos are readily identifiable as containing Plaintiffs' Works, including
because the title of the recording or artist is used as the title of the video.

36.     VideoEgg does not have any license, authorization, permission, or consent to use
Plaintiffs' Copyrighted Works.

11

## Hi5

37.    Hi5 is a VideoEgg Partner Website. Hi5 claims to be a "social network" or "online community," and offers free, anonymous memberships to its website and online services. Once a user creates a membership account to Hi5, that user then may engage in a variety of activities, including creating a personal or "group" webpage and uploading digital media files, including video files, to that personal or group webpage and/or to the website generally. By employing VideoEgg's technology and services, Hi5 enables its users to easily upload, share, and view videos, including those containing Plaintiffs' Works. By partnering with Hi5, VideoEgg obtains the ability to insert advertising into videos uploaded by users of Hi5 and disseminate those advertisements to users of Hi5 or visitors to the Hi5 website. VideoEgg likewise obtains the ability to attract advertisers with the promise of access to the users of or visitors to Hi5.

38.    At the time a video, including one embodying one or more of Plaintiffs' Works, is uploaded to Hi5, a copy of the file is made and stored on the VideoEgg server. The video then is indexed by Hi5 and made available to all visitors to the website, including visitors who are not members of Hi5. On demand, visitors to the Hi5 website may access such videos, which are publicly performed by Hi5 by means of a "streaming" transmission via the VideoEgg player. Additionally (using VideoEgg's player and technology), Hi5 enables users to "grab" the video code and use that code to copy and/or "embed" links to the video on any third party website. Hi5 also enables users to "share" the video by e-mailing copies of the links to that video. Among the videos that have been "posted" to Hi5 (or to user or group pages contained on Hi5) are videos containing Plaintiffs' Works, including the Works identified in Schedules A, B, and C, at the URL links listed and identified in these Schedules.

39.    In addition to the foregoing, Hi5:

12

(a)    Organizes uploaded videos by various categories and topics, including a specific category for "Music."

(b)    Allows users to create personal or group webpages, on which uploaded or favorite videos may be posted.

(c)    Provides users with a searchable database of uploaded content. Content on Hi5 may further be sorted by categories such as "highest rated," "most viewed," "most discussed," "member favorites," and "newest."

(d)    Provides users with computer code that enables videos to be "embedded" in, or linked to from, any other Internet webpage, and in that way to be "virally" distributed over the Internet.

(e)    Provides users with the ability to review, comment on, or rate videos or other content uploaded by other users.

(f)    Enables and encourages users to distribute videos by e-mailing links.

(g)    Provides users with lists of "related" videos which are similar or identical to files being provided to the user, or of files that are contained in the same folder as the files being accessed.

(h)    Enables and encourages users to add videos to a list of "favorites" or to the user's personal profile.


40.    By way of example, any visitor to the Hi5 website wishing to view or copy unauthorized copies of music videos featuring or containing musical works performed by superstar artist Lenny Kravitz may go to www.hi5.com, click on the "Video" tab, and then click on the "Music" channel tab at the top of the page. The user then may do a "music video" search for "Lenny Kravitz." In response, Hi5 supplies a list of Lenny Kravitz videos available. When a user selects a video, Hi5 publicly performs the video (using the VideoEgg player) and thumbnail images of (VideoEgg-supplied) advertisements are displayed in the corner of the video. While

13

the video is playing, Hi5 suggests additional Lenny Kravitz videos that the user may be interested in viewing. It also provides links that allow the video to be "shared," e-mailed, added to the user's personal profile, or "grabbed" and embedded in a third party webpage. When the video is finished playing, an advertisement is played.

41.    Hi5 financially benefits directly from the aforementioned conduct. Hi5 earns revenue from various forms of advertising. This includes the advertising that VideoEgg inserts into videos uploaded by users of Hi5. Hi5 also has placed "banner" advertising (sometimes supplied by VideoEgg) on webpages containing infringing videos. Hi5 also financially benefits directly from the overall increase in user traffic and commercial value of their businesses and property arising from the "draw" of the availability of videos containing Plaintiffs' Copyrighted Works on their websites.

42.    Hi5 knows or has reason to know that among the videos that it and/or its users copy, distribute, and publicly perform are videos that contain copyrighted recordings or musical compositions, including Plaintiffs' Works. Among the videos copied, performed, and distributed by Hi5 and/or its users are videos containing some of the most popular sound recordings and musical compositions in the world, including those owned by Plaintiffs. Almost all of these videos are readily identifiable as containing Plaintiffs' Sound Recordings and/or Musical Compositions, including because the title of the recording is used as the title of the video file, the file has been designated with "keywords" that specifically reference the name of the artist and/or song title, and/or the Hi5 index contains a screenshot that clearly displays that the video contains Plaintiffs' Sound Recordings and/or Musical Compositions.

43.    Hi5 has the right and ability to control the activities of their users and the content made available on their websites. All members of Hi5 are bound by "Terms of Service." The

14

"Terms of Service," among other things, specifically prohibit users from submitting material that violates copyrights, trademarks or other proprietary rights. The "Terms of Service" also permit Hi5 to terminate a user's access to their website. Additionally, because digital content is indexed by Hi5, it at all times has the ability to control access to such material. Neither Hi5 nor its users, possesses any license, authorization, permission, or consent to use Plaintiffs' Works.

## COUNT I

### DIRECT COPYRIGHT INFRINGEMENT

### [By The Record Company Plaintiffs Against All Defendants]

44.    Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

45.    Defendants have infringed the Record Company Plaintiffs' copyrights in the Copyrighted Recordings by reproducing, adapting, distributing, and/or publicly performing the Copyrighted Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

46.    Each such infringement by Defendants of the Copyrighted Recordings constitutes a separate and distinct act of infringement.

47.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Record Company Plaintiffs.

48.    As a direct and proximate result of the infringements by Defendants, Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not

15

[822681.1]

currently ascertainable. Alternatively, the Record Company Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

49.    The Record Company Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

50.    As a result of Defendants' acts and conduct, the Record Company Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. The Record Company Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe the Record Company Plaintiffs' rights in the Copyrighted Recordings. The Record Company Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT II

## DIRECT COPYRIGHT INFRINGEMENT

### [By The Music Publisher Plaintiffs Against All Defendants]

51.    Plaintiffs incorporate by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

52.    Defendants have infringed the Music Publisher Plaintiffs' copyrights in the Musical Compositions by reproducing, adapting, distributing, and/or publicly performing the Musical Compositions without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16

1822681.1

53.    Each such infringement by Defendants of the Musical Compositions constitutes a separate and distinct act of infringement.

54.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Music Publisher Plaintiffs.

55.    As a direct and proximate result of the infringements by Defendants, the Music Publisher Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable. Alternatively, the Music Publisher Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

56.    The Music Publisher Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

57.    As a result of Defendants' acts and conduct, the Music Publisher Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. The Music Publisher Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe their rights in the Musical Compositions. The Music Publisher Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

1822681.1

## COUNT III

### CONTRIBUTORY COPYRIGHT INFRINGEMENT

### [By The Record Company Plaintiffs Against All Defendants]

58. Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

59. The aforementioned activities by Defendants' users constitute infringements of the Record Company Plaintiffs' copyrights in the Copyrighted Recordings, including the Record Company Plaintiffs' exclusive rights of reproduction, distribution, and public performance by means of a digital audio transmission, 17 U.S.C. §§ 106 and 501.

60. Defendants have, with knowledge, materially contributed to and/or induced or caused unauthorized reproductions, distributions, and/or public performances of the Copyrighted Recordings by Defendants' users, and thus Defendants have contributed to and/or induced or caused the infringement of the Record Company Plaintiffs' copyrights.

61. Each such infringement by Defendants' users of the Copyrighted Recordings, contributed to by Defendants, constitutes a separate and distinct act of infringement.

62. Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Record Company Plaintiffs.

63. As a direct and proximate result of the infringements by Defendants, the Record Company Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable. Alternatively, the Record Company Plaintiffs are

18

entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C § 504(c).

64.     The Record Company Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

65.     As a result of Defendants' acts and conduct, the Record Company Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. The Record Company Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe their rights in the Copyrighted Recordings. The Record Company Plaintiffs have no adequate remedy at law. The Record Company Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT IV
### CONTRIBUTORY COPYRIGHT INFRINGEMENT
### [By The Music Publisher Plaintiffs Against All Defendants]

66.     Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

67.     The aforementioned activities by Defendants' users constitute infringements of the Music Publisher Plaintiffs' copyrights in the Musical Compositions, including their exclusive rights of reproduction, distribution, and public performance, 17 U.S.C. §§ 106 and 501.

19

68.     Defendants have, with knowledge, materially contributed to and/or induced or caused unauthorized reproductions, distributions, and/or public performances of the Musical Compositions by Defendants' users, and thus Defendants have contributed to and/or induced or caused the infringement of the Music Publisher Plaintiffs' copyrights.

69.     Each such infringement by Defendants' users of the Musical Compositions, contributed to by Defendants, constitutes a separate and distinct act of infringement.

70.     Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Music Publisher Plaintiffs.

71.     As a direct and proximate result of the infringements by Defendants, the Music Publisher Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable. Alternatively, the Music Publisher Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C § 504(c).

72.     The Music Publisher Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

73.     As a result of Defendants' acts and conduct, the Music Publisher Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. The Music Publisher Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe their rights in the Musical Compositions. The Music Publisher Plaintiffs

20

have no adequate remedy at law. The Music Publisher Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT V

### VICARIOUS COPYRIGHT INFRINGEMENT

### [By The Record Company Plaintiffs Against All Defendants]

74.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

75.    The aforementioned activities by Defendants' users constitute infringements of the Record Company Plaintiffs' copyrights in the Copyrighted Recordings, including their exclusive rights of reproduction, distribution, and public performance by means of a digital audio transmission, 17 U.S.C. §§ 106 and 501.

76.    Defendants have the right and ability to supervise and control the infringing conduct of their users. Defendants have refused to exercise such supervision and control to the extent required by law. As a direct and proximate result of such refusal, Defendants' users have infringed the Record Company Plaintiffs' copyrights in the Copyrighted Recordings, including by reproducing, distributing, and publicly performing the Copyrighted Recordings.

77.    Defendants derive a direct financial benefit from this infringement, including but not limited to, from advertising revenue and from the increased user traffic and increase in value of Defendants' businesses arising from the "draw" of the infringing Copyrighted Recordings.

21

78.    Each such infringement by Defendants' users of the Copyrighted Recordings for which Defendants are vicariously liable constitutes a separate and distinct act of infringement.

79.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Record Company Plaintiffs.

80.    As a direct and proximate result of the infringements by Defendants, the Record Company Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable. Alternatively, the Record Company Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

81.    The Record Company Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

82.    As a result of Defendants' acts and conduct, the Record Company Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe the Record Company Plaintiffs' rights in the Copyrighted Recordings. The Record Company Plaintiffs have no adequate remedy at law. The Record Company Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

22

## COUNT VI

## VICARIOUS COPYRIGHT INFRINGEMENT

### [By The Music Publisher Plaintiffs Against All Defendants]

83.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

84.    The aforementioned activities by Defendants' users constitute infringements of the Music Publisher Plaintiffs' copyrights in the Musical Compositions, including their exclusive rights of reproduction, distribution, and public performance, 17 U.S.C. §§ 106 and 501.

85.    Defendants have the right and ability to supervise and control the infringing conduct of their users. Defendants have refused to exercise such supervision and control to the extent required by law. As a direct and proximate result of such refusal, Defendants' users have infringed the Music Publisher Plaintiffs' copyrights in the Musical Compositions, including by reproducing, distributing, and publicly performing the Musical Compositions.

86.    Defendants derive a direct financial benefit from this infringement, including but not limited to, from advertising revenue and from the increased user traffic and increase in value of Defendants' businesses arising from the "draw" of the infringing Musical Compositions.

87.    Each such infringement by Defendants' users of the Musical Compositions for which Defendants are vicariously liable constitutes a separate and distinct act of infringement.

88.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of the Music Publisher Plaintiffs.

1822681.1

89.    As a direct and proximate result of the infringements by Defendants, the Music Publisher Plaintiffs are entitled to damages and to Defendants' profits in amounts to be proven at trial which are not currently ascertainable. Alternatively, the Music Publisher Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

90.    The Music Publisher Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

91.    As a result of Defendants' acts and conduct, the Music Publisher Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. The Music Publisher Plaintiffs are informed and believe, and on that basis aver, that unless enjoined and restrained by this Court, Defendants will continue to infringe their rights in the Musical Compositions. The Music Publisher Plaintiffs have no adequate remedy at law. The Music Publisher Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT VII

### COMMON LAW COPYRIGHT INFRINGEMENT AND MISAPPROPRIATION
### [By The Record Company Plaintiffs Against All Defendants]

92.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

93.    The Pre-1972 Recordings are subject to common law copyright protection under the law of the State of New York. As the owners of valid common law copyrights in and to the

24

Pre-1972 Recordings, the Record Company Plaintiffs possess the exclusive rights to manufacture, copy, sell, distribute, and otherwise exploit the Pre-1972 Recordings.

94.     The Record Company Plaintiffs have not authorized or licensed the Defendants or any of their users to copy or distribute the Pre-1972 Recordings in any manner, including as a part of audiovisual works.

95.     Through their conduct, Defendants have violated the Record Company Plaintiffs' exclusive ownership interests in and to the Pre-1972 Recordings. Defendants have misappropriated and exploited, and continue to misappropriate and exploit, for their own commercial benefit, the Record Company Plaintiffs' property rights in the Pre-1972 Recordings.

96.     As a direct and proximate result of Defendants' conduct in violation of the Record Company Plaintiffs' exclusive ownership interests in and to the Pre-1972 Recordings, Defendants have received proceeds and the Record Company Plaintiffs have been damaged in an amount to be proven at trial.

97.     Defendants are guilty of oppression, fraud or malice, and the Record Company Plaintiffs, in addition to their actual damages, are, by reason thereof, entitled to recover exemplary and punitive damages against Defendants.

98.     Defendants' conduct is causing, and unless enjoined and restrained by this Court, will continue to cause, the Record Company Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. The Record Company Plaintiffs have no adequate remedy at law. The Record Company Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further violation of their property rights in the Pre-1972 Recordings.

## COUNT VIII

## UNFAIR COMPETITION

### [By The Record Company Plaintiffs Against All Defendants]

99.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 43, inclusive.

100.    The Record Company Plaintiffs possess exclusive ownership interest in and to the Pre-1972 Recordings, and those ownership interests are protected under New York law.

101.    The Record Company Plaintiffs are engaged in the business of selling, distributing, and licensing the Pre-1972 Recordings, both in tangible forms such as CDs, digitally over the Internet, and in audiovisual works. The Record Company Plaintiffs expend large sums of money to create and produce and exploit their rights in and to the Pre-1972 Recordings. The Record Company Defendants have the right to control the use of their Pre-1972 Recordings and to receive compensation for the exploitation of such works.

102.    Defendants' conduct constitutes unfair competition under New York common law.

103.    As a direct and proximate result of Defendants' conduct, the Record Company Plaintiffs further are entitled to recover all proceeds and other compensation received or to be received by Defendants arising from the infringements of the Pre-1972 Recordings.

26

1822681.1

104.    As a direct and proximate result of Defendants' unfair competition, the Record Company Plaintiffs have been damaged in an amount to be proven at trial for which damages and/or restitution and disgorgement is appropriate.  Such damages and/or restitution and disgorgement should include a declaration by this Court that Defendants are constructive trustees for the benefit of the Record Company Plaintiffs, and an order that Defendants convey to the Record Company Plaintiffs the gross receipts received or to be received that are attributable to infringement of the Pre-1972 Recordings.

105.    Defendants are guilty of oppression, fraud or malice, and the Record Company Plaintiffs, in addition to their actual damages, by reason thereof, are entitled to recover exemplary and punitive damages against Defendants.

106.    Defendants' conduct is causing, and unless enjoined and restrained by this Court will continue to cause, the Record Company Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  The Record Company Plaintiffs have no adequate remedy at law, thus entitling them to preliminary and permanent injunctions prohibiting further acts of unfair competition.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.    On Counts I through VI, for Defendants' profits and for damages in such amount as may be found; alternatively, for maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

2.      On Counts I through VIII, for a preliminary and a permanent injunction enjoining Defendants, and each of them, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from: (i) directly or indirectly infringing in any manner any of Plaintiffs' respective copyrights (whether now in existence or hereafter created), including without limitation, the Recordings listed on Schedule A and the Musical Compositions listed on Schedule C; (ii) from causing, contributing to, enabling, facilitating or participating in the infringement of any of Plaintiffs' respective copyrights, including without limitation, the Recordings listed on Schedule A and the Musical Compositions listed on Schedule C; (iii) directly or indirectly violating, in any manner, Plaintiffs' property rights in Plaintiffs' Pre-1972 Recordings, including without limitation, those listed on Schedule B; and (iv) from causing, contributing to, enabling, facilitating or participating in the reproduction, performance or distribution of any of Plaintiffs' Pre-1972 Recordings, including without limitation, those listed on Schedule B.

3.      On Counts VII and VIII, for an accounting, the imposition of a constructive trust, restitution of Defendants' unlawful proceeds, and damages according to proof.

4.      On Counts VII and VIII, for punitive and exemplary damages in such amount as may be awarded at trial.

5.      For prejudgment interest according to law.

6.      For Plaintiffs' attorneys' fees and full costs.

7.      For such other and further relief as the Court may deem just and proper.

28

DATED: June 27, 2008
New York, New York

MITCHELL SILBERBERG & KNUPP LLP

By: _Christine Lepera_____

Christine Lepera (CL 9311)
12 East 49th Street, 30th Floor
New York, New York 10017
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Russell J. Frackman
Marc E. Mayer
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

29

## JURY DEMAND

Plaintiffs Capitol Records, LLC; Caroline Records, Inc.; Virgin Records America, Inc.; EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc. (collectively, "Plaintiffs"), demand a trial by jury.

DATED: June 27, 2008                    MITCHELL SILBERBERG & KNUPP LLP
        New York, New York

                                        By: _Christine Lepera_

                                        Christine Lepera (CL 9311)
                                        12 East 49th Street, 30th Floor
                                        New York, New York 10017
                                        Telephone: (212) 509-3900
                                        Facsimile: (212) 509-7239

                                        Russell J. Frackman
                                        Marc E. Mayer
                                        11377 West Olympic Boulevard
                                        Los Angeles, California 90064-1683
                                        Telephone: (310) 312-2000
                                        Facsimile: (310) 312-3100

                                        Attorneys for Plaintiffs

SCHEDULE A

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| 30 Seconds To Mars | Attack | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1283958&ownerId=3910778&videoSequenceType=search&offset=15&order=0&country=0&categoryCode=0&searchText=30+ |
| 30 Seconds To Mars | Capricorn | Virgin Records America, Inc. | SR0000317574 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1156044&ownerId=85211416&videoSequenceType=search&offset=39&order=0&country=0&categoryCode=0&searchText=30+seconds+to+mars |
| 30 Seconds To Mars | From Yesterday | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5634732&ownerId=27800655&videoSequenceType=search&offset=18&order=0&country=0&categoryCode=0&searchText=30+seconds+to+mars |
| 30 Seconds To Mars | The Kill | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1037721&ownerId=102915247&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=30+seconds+to+mars |
| Abdul, Paula | Blowing Kisses In the Wind | Virgin Records America, Inc. | SR0000129900 | 5/28/1991 | PA0000554729 | 11/12/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4843125&ownerId=17177451&videoSequenceType=search&offset=32&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Cold Hearted | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000447547 | 1/17/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542006&ownerId=12170203&videoSequenceType=search&offset=11&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Crazy Cool | Virgin Records America, Inc. | SR0000175823 | 6/19/1995 | PA0000771771 | 10/26/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542034&ownerId=12170203&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=paula+abdul |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Abdul, Paula | Forever Your Girl | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000460460 | 1/10/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542071&ownerId=12170203&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | My Love Is For Real | Virgin Records America, Inc. | SR0000175823 | 6/19/1995 | PA0000658385 | 7/25/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6802301&ownerId=99073996&videoSequenceType=search&offset=23&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Opposites Attract | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000459311 PA0000460458 | 1/10/1990 & 2/15/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542090&ownerId=12170203&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Rush Rush | Virgin Records America, Inc. | SR0000129900 | 5/28/1991 | PA0000524439 | 6/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6882819&ownerId=70959507&videoSequenceType=search&offset=15&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Straight Up | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000437319 PA0000440585 | 11/17/1989 & 11/27/1987 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6156535&ownerId=10043632&videoSequenceType=search&offset=12&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Allen, Lily | Alfie | Capitol Records, Inc. | SR0000392058 | 6/20/2007 | PA0001167334 PA0001375895 V3490D336 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5372569&ownerId=98478748&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=lily+allen |
| Allen, Lily | LDN | Capitol Records, Inc. | SR0000392060 | 6/20/2007 | PA0001375899 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6833598&ownerId=169386958&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=lily+allen |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Allen, Lily | Smile | Capitol Records, Inc. | SR0000392059 | 6/20/2007 | PA0001375897 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3097327&ownerId=112663655&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=lily+allen |
| Beastie Boys | Body Movin' | Capitol Records, Inc. | SR0000277731 | 8/25/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6801908&ownerId=30813000&videoSequenceType=search&offset=20&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Ch-Check It Out | Capitol Records, Inc. | SR0000360352 | 9/16/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3367806&ownerId=21294574&videoSequenceType=search&offset=57&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Intergalactic | Capitol Records, Inc. | SR0000277731 | 8/25/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6564446&ownerId=5910225&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Sabotage | Capitol Records, Inc. | SR0000213461 | 9/11/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5568210&ownerId=58625679&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | So What Cha Want | Capitol Records, Inc. | SR0000197458 | 4/10/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6135574&ownerId=32333387&videoSequenceType=search&offset=61&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Sure Shot | Capitol Records, Inc. | SR0000213461 | 9/11/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3112313&ownerId=68960257&videoSequenceType=search&offset=12&order=0&country=0&categoryCode=0&searchText=beastie+boys |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Benatar, Pat | Fire and Ice | Capitol Records, Inc. | SR0000028224 | 7/14/1981 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4019706&ownerId=77909112&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Love Is A Battlefield | Capitol Records, Inc. | SR0000052157 | 2/27/1984 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1416634&ownerId=6578669&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Promises In the Dark | Capitol Records, Inc. | SR0000028224 | 7/14/1981 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4164442&ownerId=77909112&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Shadows Of the Night | Capitol Records, Inc. | SR0000039516 | 10/15/1982 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5229073&ownerId=69304517&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | We Belong | Capitol Records, Inc. | SR0000058074 | 11/9/1984 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5519888&ownerId=18073966&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | You Better Run | Capitol Records, Inc. | SR0000020348 | 8/20/1980 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4151260&ownerId=116876770&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Blind Melon | Change | Capitol Records, Inc. | SR0000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6444807&ownerId=6961024&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=blind+melon |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Blind Melon | No Rain | Capitol Records, Inc. | SR0000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2353704&ownerId=28688315&videoSequenceType=search&offset=1&order=0 |
| Blind Melon | Tones of Home | Capitol Records, Inc. | SR0000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5688479&ownerId=31188087&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=blind+melon |
| Blondie | Atomic | Capitol Records, Inc. | SR0000012739 | 10/1/1979 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3977111&ownerId=119359265&videoSequenceType=search&offset=60&order=0&country=0&categoryCode=0&searchText=blondie |
| Blondie | Heart Of Glass | Capitol Records, Inc. | SR0000008533 | 1/10/1079 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3502713&ownerId=61033952&videoSequenceType=search&offset=18&order=0&country=0&categoryCode=0&searchText=blondie |
| Blondie | Rapture | Capitol Records, Inc. | SR0000024242 | 2/2/1981 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6674469&ownerId=77909112&videoSequenceType=search&offset=11&order=0&country=0&categoryCode=0&searchText=blondie |
| Blondie | The Tide Is High | Capitol Records, Inc. | SR0000022605 | 11/28/1980 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3514215&ownerId=70792644&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=blondie |
| Blur | Charmless Man | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6642276&ownerId=43428338&videoSequenceType=search&offset=44&order=0&country=0&categoryCode=0&searchText=blur |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Blur | Coffee and TV | Virgin Records America, Inc. | SR0000175172 | 6/28/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1412179&ownerId=38631073&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Country House | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | PA0000782207 | 2/12/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5655043&ownerId=58590150&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Girls and Boys | Virgin Records America, Inc. | SR0000345517 | 12/31/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5983495&ownerId=98843275&videoSequenceType=search&offset=31&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Parklife | Virgin Records America, Inc. | SR0000345517 | 12/31/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5537877&ownerId=58590150&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Song 2 | Virgin Records America, Inc. | SR0000231938 | 3/12/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1459514&ownerId=72463134&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | The Universal | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2848741&ownerId=2877964&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=blur |
| Bush, Kate | Babooshka | Capitol Records, Inc. | SR0000045352 | 6/23/1983 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535019&ownerId=98478748&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=kate+bush |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Bush, Kate | Breathing | Capitol Records, Inc. | SR0000045352 | 6/23/1983 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535060&ownerId=98478748&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=kate+bush |
| Bush, Kate | Cloudbusting | Capitol Records, Inc. | SR0000082918 | 6/19/1987 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535366&ownerId=98478748&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=kate+bush |
| Chemical Brothers | Elektrobank | Caroline Records, Inc. | SR0000295193 | 4/26/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2379207&ownerId=41953915&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=Chemical+Brothers |
| Chemical Brothers | Out Of Control | Caroline Records, Inc. | SR0000295358 | 4/19/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2376111&ownerId=41953915&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Chemical+Brothers |
| Chingy | One Call Away | Capitol Records, Inc. | SR0000343106 | 8/5/2003 | PA0001158105 | 12/8/2003 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6776993&ownerId=109878523&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Chingy |
| Chingy | Dem Jeans | Capitol Records, Inc. | SRu000602294 | 7/14/2006 | PA0001167213 | 3/19/2007 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1339482&ownerId=7629542&videoSequenceType=search&offset=19&order=0&country=0&categoryCode=0&searchText=Chingy |
| Chingy | Holiday Inn | Capitol Records, Inc. | SR0000343106 | 8/5/2003 | PA0001131724 | 9/16/2003 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3568735&ownerId=36693966&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Holiday+Inn |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Coldplay | Clocks | Capitol Records, Inc. | SR0000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1602349&ownerId=39674887&videoSequenceType=0&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Don't Panic | Capitol Records, Inc. | SR0000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6145167&ownerId=6663167&videoSequenceType=search&offset=26&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | In My Place | Capitol Records, Inc. | SR0000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1081712&ownerId=72463134&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Scientist | Capitol Records, Inc. | SR0000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=886302&ownerId=72463134&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Shiver | Capitol Records, Inc. | SR0000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4136216&ownerId=13139202&videoSequenceType=search&offset=55&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Talk | Capitol Records, Inc. | SR0000376828 | 8/17/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6189107&ownerId=113876369&videoSequenceType=search&offset=28&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Trouble | Capitol Records, Inc. | SR0000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1075818&ownerId=72463134&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Coldplay |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Coldplay | Yellow | Capitol Records, Inc. | SR0000360775 | 9/20/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=975700&ownerId=703337&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Daft Punk | Aerodynamic | Virgin Records America, Inc. | SR0000379190 | 11/8/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3039365&ownerId=77500519&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=daft+punk |
| Daft Punk | Around The World | Virgin Records America, Inc. | SR0000220421 | 3/26/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5741147&ownerId=133259952&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=daft+punk |
| Dandy Warhols | Bohemian Like You | Capitol Records, Inc. | SR0000285787 | 9/1/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1353410&ownerId=87590402&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=10&searchText=dandy+warhols |
| Dandy Warhols | Get Off | Capitol Records, Inc. | SR0000285787 | 9/1/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3238131&ownerId=106487682&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=10&searchText=dandy+warhols |
| Dandy Warhols | Plan A | Capitol Records, Inc. | SR0000337861 | 9/22/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6418393&ownerId=62518966&videoSequenceType=search&offset=17&order=0&country=0&categoryCode=10&searchText=dandy+warhols |
| Duran Duran | Come Undone | Capitol Records, Inc. | SR0000278777 | 3/24/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6339403&ownerId=144489589&videoSequenceType=search&offset=45&order=0&country=0&categoryCode=10&searchText=duran+duran |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|------------|-----|-----------|----------|
| Duran Duran | Girls on Film | Capitol Records, Inc. | SR0000032401 | 1/6/1982 | PA0000194182 | 5/6/1983 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6139659&ownerId=77909112&videoSequenceType=search&offset=77&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Hungry Like a Wolf | Capitol Records, Inc. | SR0000037720 | 8/4/1982 | PA0000194182 | 5/6/1983 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5276070&ownerId=18073966&videoSequenceType=search&offset=65&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Ordinary World | Capitol Records, Inc. | SR0000278777 | 3/24/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1346507&ownerId=6578669&videoSequenceType=search&offset=24&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Rio | Capitol Records, Inc. | SR0000037720 | 8/4/1982 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5547029&ownerId=119179488&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=duran+duran |
| Duran Duran | Wild Boys | Capitol Records, Inc. | SR0000295607 | 5/21/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5351436&ownerId=119179488&videoSequenceType=search&offset=69&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Gorillaz | 19-2000 | Virgin Records America, Inc. | SR0000409208 | 1/4/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6978441&ownerId=105834500&videoSequenceType=search&offset=58&order=0&country=0&categoryCode=0&searchText=gorillaz |
| Gorillaz | Dirty Harry | Virgin Records America, Inc. | SR0000379135 | 11/14/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2493069&ownerId=110772159&videoSequenceType=search&offset=87&order=0&country=0&categoryCode=0&searchText=gorillaz |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Gorillaz | Tomorrow Comes Today | Virgin Records America, Inc. | SR0000373824 | 5/31/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2420704&ownerId=20453192&videoSequenceType=search&offset=29&order=0&country=0&categoryCode=0&searchText=gorillaz |
| Harper, Ben | Diamonds On The Inside | Virgin Records America, Inc. | SR0000328960 | 3/18/2003 | PA0001222716 | 2/23/2004 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1128838&ownerId=29180785&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | In The Colors | Virgin Records America, Inc. | Pending | Pending | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5859042&ownerId=111942969&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | Steal My Kisses | Virgin Records America, Inc. | SR0000273400 | 11/18/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2808508&ownerId=22899023&videoSequenceType=search&offset=24&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | With My Own Two Hands | Virgin Records America, Inc. | SR0000328960 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5532856&ownerId=29180785&videoSequenceType=search&offset=44&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Jackson, Janet | Again | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000672913 | 10/1/1993 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6142234&ownerId=30143108&videoSequenceType=search&offset=68&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | All For You | Virgin Records America, Inc. | SR0000308900 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5768826&ownerId=77909112&videoSequenceType=search&offset=32&order=0&country=0&categoryCode=0&searchText=janet+jackson |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Jackson, Janet | Any Time, Any Place | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000694805 | 6/3/1994 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=270110&ownerId=30328951&videoSequenceType=search&offset=78&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | That's The Way Love Goes | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000663750 | 5/4/1993 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=442104&ownerId=69721315&videoSequenceType=search&offset=80&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | Together Again | Virgin Records America, Inc. | SR0000261516 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6142532&ownerId=30143108&videoSequenceType=search&offset=70&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Luscious | Naked Eye | Capitol Records, Inc. | SR0000256796 | 7/31/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5620862&ownerId=2186083&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=luscious+jackson |
| Jones, Norah | Until The End | Capitol Records, Inc. | SRu000630866 | 11/9/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6580605&ownerId=76058550&videoSequenceType=search&offset=77&order=0&country=0&categoryCode=0&searchText=Norah+Jones |
| Jones, Norah | What Am I To You | Capitol Records, Inc. | SR0000337829 | 6/2/2003 | PA0001312118 | 7/5/2005 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6714766&ownerId=108816218&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Norah+Jones |
| Kravitz, Lenny | Always On the Run | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000514630 | 4/11/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5506913&ownerId=42388885&videoSequenceType=search&offset=48&order=0&country=0&categoryCode=0&searchText=Kravitz |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Kravitz, Lenny | Believe In Me | Virgin Records America, Inc. | SR0000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3422417&ownerId=114774109&videoSequenceType=search&offset=39&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Can't Get You Off My Mind | Virgin Records America, Inc. | SR0000357332 | 8/23/2004 | PA0000782046 | 3/5/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3272508&ownerId=115154791&videoSequenceType=search&offset=91&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Circus | Virgin Records America, Inc. | SR0000357332 | 8/23/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5233504&ownerId=53393803&videoSequenceType=search&offset=46&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | If I Could Fall In Love | Virgin Records America, Inc. | SR0000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1217000&ownerId=85473399&videoSequenceType=search&offset=125&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | It Ain't Over Till It's Over | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000524444 | 6/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1495413&ownerId=34856279&videoSequenceType=search&offset=83&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Mr. Cab Driver | Virgin Records America, Inc. | SR0000111095 | 9/22/1989 | PA0000467658 | 3/26/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5233505&ownerId=53393803&videoSequenceType=search&offset=149&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Stand By My Woman | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000536644 | 9/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5596591&ownerId=109361713&videoSequenceType=search&offset=97&order=0&country=0&categoryCode=0&searchText=Kravitz |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|--------------|----------|
| Kravitz, Lenny | Stillness of the Heart | Virgin Records America, Inc. | SR0000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3271959&ownerId=65364683&videoSequenceType=search&offset=21&order=0&country=0&categoryCode=0&searchText=Kravitz |
| MC Hammer | Can't Touch This | Capitol Records, Inc. | SR0000133683 | 9/25/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5330225&ownerId=77909112&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=MC+Hammer |
| OK GO | Here It Goes Again | Capitol Records, Inc. | SR0000377392 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5678360&ownerId=12500282&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=OK+GO |
| Radiohead | Climbing Up the Walls | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6948435&ownerId=171941890&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Climbing+Up+the+Walls |
| Radiohead | Creep | Capitol Records, Inc. | SR0000190976 | 6/16/1994 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5374795&ownerId=6578669&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Radiohead |
| Radiohead | Exit Music (For a Film) | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5828715&ownerId=119585020&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Exit+music+for+a+film |
| Radiohead | Just | Capitol Records, Inc. | SR0000280260 | 5/16/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5585100&ownerId=119179488&videoSequenceType=search&offset=19&order=0&country=0&categoryCode=0&searchText=Radiohead |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|--------------|----------|
| Radiohead | Karma Police | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1353407&ownerId=87590402&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Karma+Police |
| Radiohead | Lucky | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2842912&ownerId=103482899&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Lucky+Radiohead |
| Radiohead | No Surprises | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1607730&ownerId=87590402&videoSequenceType=search&offset=13&order=0&country=0&categoryCode=0&searchText=Radiohead |
| Radiohead | Paranoid Android | Capitol Records, Inc. | SR0000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5781079&ownerId=76424612&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Paranoid+Android |
| Radiohead | Street Spirit | Capitol Records, Inc. | SR0000280260 | 5/16/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5362854&ownerId=13448504&videoSequenceType=search&offset=53&order=0&country=0&categoryCode=0&searchText=radiohead |
| Red Jumpsuit Apparatus | False Pretence | Virgin Records America, Inc | SR0000394029 | 8/11/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6108039&ownerId=6185752&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Red+Jumpsuit+Apparatus |
| Roxette | Dangerous | Capitol Records, Inc. | SR0000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5648195&ownerId=6578669&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Roxette |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|--------------|----------|
| Roxette | Dressed for Success | Capitol Records, Inc. | SR0000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5707880&ownerId=61033952&videoSequenceType=search&offset=40&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Fading Like A Flower | Capitol Records, Inc. | SR0000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5700767&ownerId=61033952&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Wish I Could Fly | Capitol Records, Inc. | SR0000337842 | 5/30/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=185316&ownerId=54785572&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | It Must Have Been Love | Capitol Records, Inc. | SR0000183659 | 10/8/1993 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2713119&ownerId=66271171&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Joyride | Capitol Records, Inc. | SR0000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2576942&ownerId=65364683&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Listen To Your Heart | Capitol Records, Inc. | SR0000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5505985&ownerId=83873757&videoSequenceType=search&offset=29&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Sleeping In My Car | Capitol Records, Inc. | SR0000336540 | 5/21/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1268280&ownerId=90134206&videoSequenceType=search&offset=17&order=0&country=0&categoryCode=0&searchText=Roxette |

Schedule A – Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Roxette | Spending My Time | Capitol Records, Inc. | SR0000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5700688&ownerId=61033952&videoSequenceType=search&offset=34&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | The Look | Capitol Records, Inc. | SR0000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6710637&ownerId=71957226&videoSequenceType=search&offset=13&order=0&country=0&categoryCode=0&searchText=Roxette |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | PA0000782047 PA0000803625 | 3/5/1996 & 7/19/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2158656&ownerId=20134740&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Smashing+Pumpkins |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | PA0000782047 PA0000803625 | 3/5/1996 & 7/19/1997 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1401901&ownerId=33312735&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Ava Adore | Virgin Records America, Inc. | SR0000261479 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6631457&ownerId=105068261&videoSequenceType=search&offset=36&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Bullet With Butterfly Wings | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | PA0000771767 | 10/26/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6272646&ownerId=147960272&videoSequenceType=search&offset=42&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Disarm | Virgin Records America, Inc. | SR0000169635 | 8/10/1993 | PA0000686609 | 3/4/1994 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=487801&ownerId=75327624&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Smashing Pumpkins | Perfect | Virgin Records America, Inc. | SR0000261479 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4275034&ownerId=113323241&videoSequenceType=search&offset=68&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Rocket | Virgin Records America, Inc. | SR0000169635 | 8/10/1993 | PA0000699564 | 3/17/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5258124&ownerId=53393803&videoSequenceType=search&offset=73&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Today | Virgin Records America, Inc. | SR0000169635 | 8/10/1993 | PA0000722660 | 3/13/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6865961&ownerId=35423700&videoSequenceType=search&offset=26&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Tonight, Tonight | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3553731&ownerId=91619747&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Zero | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2055937&ownerId=9434617&videoSequenceType=search&offset=62&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Spice Girls, The | 2 Become 1 | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5844456&ownerId=93022401&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Two+become+one |
| Spice Girls, The | Mama | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | PA0000837493 | 5/6/1997 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5765830&ownerId=19838502&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Mama+Spice |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Spice Girls, The | Say You'll Be There | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5571921&ownerId=12170203&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Say+Youll+Be+There |
| Spice Girls, The | Spice Up Your Life | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5727072&ownerId=121469439&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Stop | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5229513&ownerId=77909112&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Too Much | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3530210&ownerId=21007880&videoSequenceType=search&offset=17&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Viva Forever | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1833114&ownerId=73577023&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Wannabe | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2088613&ownerId=104434351&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Stone, Joss | Right to Be Wrong | Capitol Records, Inc. | SR0000380071 | 12/7/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5522455&ownerId=42858885&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Joss+Stone |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|-------------|-----|-------------|----------|
| Stone, Joss | Tell me 'bout it | Virgin Records America, Inc. | SRu000642089 | 1/22/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6092609&ownerId=98478748&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Joss+Stone |
| Stone, Joss | You had me | Capitol Records, Inc. | SR0000380071 | 12/7/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6640529&ownerId=6578669&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=Joss+Stone |
| Thalia | No No No | Capitol Records, Inc. | SR0000407618 | 6/18/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5994335&ownerId=71487452&videoSequenceType=search&offset=15&order=0&country=0&categoryCode=0&searchText=Thalia |
| Urban, Keith | Somebody like you | Capitol Records, Inc. | SR0000323344 | 11/8/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1098851&ownerId=13145494&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Keith+Urban |
| Urban, Keith | Your Everything | Capitol Records, Inc. | SR0000273265 | 11/3/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5523531&ownerId=77909112&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Keith+Urban |
| The Vines | Winning Days | Capitol Records, Inc. | SR0000361285 | 8/31/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2636914&ownerId=102155761&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=The+Vines |
| Williams, Robbie | Angels | Capitol Records, Inc. | SR0000333209 | 5/21/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=883604&ownerId=45778721&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Robbie+Williams |

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|-------------|-----|-------------|----------|
| Williams, Robbie | Better Man | Capitol Records, Inc. | SR0000297254 | 5/14/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6362214&ownerId=147960272&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Better+Man |
| Williams, Robbie | Rock DJ | Capitol Records, Inc. | SR0000297254 | 5/14/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5629634&ownerId=130834839&videoSequenceType=search&offset=9&order=0&country=0&categoryCode=0&searchText=Rock+DJ |
| Williams, Robbie | She's the One | Capitol Records, Inc. | SR0000337289 | 7/9/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5506982&ownerId=53393803&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=Shes+the+One |
| Williams, Robbie | Supreme | Capitol Records, Inc. | SR0000297254 | 5/14/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=892913&ownerId=68122470&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=Robbie+Williams |
| Yellowcard | Ocean Avenue | Capitol Records, Inc. | SR0000343413 | 11/12/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1676327&ownerId=38647219&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=yellowcard |
| Yellowcard | Only One | Capitol Records, Inc. | SR0000343413 | 11/12/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6172076&ownerId=106929059&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=yellow+card |

SCHEDULE B

| Artist | Track Name | URL Link |
|---|---|---|
| Beatles | I Feel Fine | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3787636&ownerId=65364683&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Penny Lane | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3951841&ownerId=65364683&videoSequenceType=search&offset=13&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Get Back | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1228000&ownerId=92519772&videoSequenceType=search&offset=21&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | I Need You | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3522112&ownerId=49123604&videoSequenceType=search&offset=27&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Something | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3951823&ownerId=65364683&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Beatles |
| John Lennon | Imagine | http://www.hi5.com/friend/video/3289555--65364683--John%2Blennon%2B-%2Bimagine--view-html |
| John Lennon | Jealous Guy | http://www.hi5.com/friend/video/3550048--80495192--JOHN%2BLENNON%2B-%2BJealous%2BGuy--view-html |
| John Lennon | Give Peace A Chance | http://www.hi5.com/friend/video/6188944--103448518--John%2BLennon%2B-Give%2BPeace%2Ba%2BChan--view-html |
| John Lennon | Working Class Hero | http://www.hi5.com/friend/video/5229916--106409889--John%2BLennon%2BWorking%2BClass%2BHero--view-html |
| John Lennon | Oh My Love | http://www.hi5.com/friend/video/5373021--115518195--John%2BLennon%2B-%2BOh%2BMy%2BLove--view-html |
| The Beach Boys | Wouldn't It Be Nice | http://www.hi5.com/friend/video/6455439--157366541--Beach%2BBoys%2B-%2BWouldn%2527t%2Bit%2Bbe%2Bni--view-html |
| Jethro Tull | Bouree | http://www.hi5.com/friend/video/5768855--77909112--bouree--view-html |

SCHEDULE C

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Ludacris | Act A Fool | EMI April Music, Inc. | | PA0001131142 | 7/10/2003 | EMI April Music, Inc., Ludacris Music Publishing, Inc., Keith McMasters | http://hi5.com/friend/video/displayViewVideo.do?videoId=567214&ownerId=61583486 |
| Lily Allen | Alfie | EMI April Music, Inc. | | PA0001375895 | 3/22/2007 | Universal Music Publishing, Ltd., EMI Music Publ., Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=5372569&ownerId=98478748 |
| Robbie Williams | Angels | EMI Virgin Music, Inc. | | PA0000956093 | 6/28/1999 | EMI Virgin Music, Ltd. & BMG Music Publishers, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=883604&ownerId=45778721 |
| Beyonce | Baby Boy | EMI April Music, Inc. | | PA0001131131 | 7/9/2003 | EMI Music Publishing, Ltd., TVT Music, Beyonce Publishing, Robert Waller | http://hi5.com/friend/video/displayViewVideo.do?videoId=1112412&ownerId=94120532 |
| Tracy Chapman | Baby Can I Hold You | EMI April Music, Inc. | | PA0000417830 | 5/5/1989 | S B K April Music, Inc., Purple Rabbit Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=2570722&ownerId=15539237 |
| Kelly Clarkson | Because of You | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001161120 | 4/27/2005 | Smelly Songs, Smells Like Metal Publishing, Dwight Frye Music, Inc., 12:06 Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2618516&ownerId=17567704 |
| Pussycat Dolls | Beep | EMI Blackwood Music, Inc. | | PA0001162691 | 11/8/2005 | EMI Blackwood Music, Inc., Cherry Lane Music Publ. Company, Inc., Arthouse Entertainmen | http://hi5.com/friend/video/displayViewVideo.do?videoId=1844943&ownerId=71807069 |
| The Used | Blue and Yellow | EMI Blackwood Music, Inc. | | PA0001115830 | 10/17/2002 | EMI Blackwood Music, Inc., Used Movement Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5676432&ownerId=88738368 |
| Kelis | Bossy | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001165528 | 11/1/2006 | EMI April Music, Inc., Levegas Publishing Company, Inc., Issy & Nemo Tunes, EMI Blackwood Music, Inc., Lost Poet Music, Soundtron Tunes, Captain Janeway Songs, Cachabri Music, Hitco South, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=1026016&ownerId=22050761 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Augustana | Boston | EMI April Music, Inc. | | PA0001162841 | 12/2/2005 | EMI April Music, Inc., Augustana Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=895716&ownerId=102691012 |
| Mariah Carey | Breakdown | EMI April Music, Inc. | | PA0000896279 | 6/1/1988 | EMI April Music, Inc., Siet Music, Steven A. Jordan Music, Wish Bone Prod., Inc., Rye Songs, Sony/ATV Songs, LLC | http://hi5.com/friend/video/displayViewVideo.do?videoId=5315846&ownerId=39282462 |
| Ben Harper | Burn One Down | EMI Virgin Music, Inc. | | PA0000779620 | 12/4/1995 | EMI Virgin Music, Inc., & Innocent Criminal | http://hi5.com/friend/video/displayViewVideo.do?videoId=3099918&ownerId=45794290 |
| Enya | Caribbean Blue | EMI Blackwood Music, Inc. | | PA0000576063 | 2/20/1992 | EMI Songs, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=845553&ownerId=100993108 |
| Destiny's Child | Cater 2 U | EMI Blackwood Music, Inc. | | PA0001160018 | 11/24/2004 | EMI Blackwood Music, Inc., Rodney Jerkins Productions, Inc., Beyonce Publishing, Kelendria Music, No Harm Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=1133180&ownerId=93431626 |
| Beyonce | Check On It | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001163316 | 1/24/2006 | EMI Blackwood Music, Inc., Slim Thug Publishing, EMI April Music,Inc., Angela Beyince Music, Swizz Beatz, Beyonce Publishing, Hitco Music, Team S Dot Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=295747&ownerId=5725172 |
| Fergie | Clumsy | EMI Robbins Catalog Inc. | EMI April Music, Inc. | PA0001165468 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, EMI Robbins Catalog, Inc., Warner/Chappell Re: 20th Century Fox Film, Will I Am Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6905567&ownerId=145884507 |
| Save Ferris | Come On Eileen | Colgems-EMI Music Inc. | | PA0000151516 | 9/20/1982 | E M I Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1173933&ownerId=66610360 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Aerosmith | Crazy | EMI April Music, Inc. | | PA0000641534 | 7/12/1993 | EMI April Music, Inc., Desmobile Music Company, & Swag Song Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1138883&ownerId=16192716 |
| Beyonce | Crazy In Love | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001131132 | 7/9/2003 | EMI April Music, Inc., Carter Boys Publishing, EMI Blackwood Music, Inc., Dam Rich Music, Hitco South, Beyonce Publishing, Unichappell Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2363108&ownerId=60563163 |
| Blink-182 | Dammit | EMI April Music, Inc. | | PA0000893365 | 5/7/1998 | EMI April Music, Inc., Fun with Goats | http://hi5.com/friend/video/displayViewVideo.do?videoId=5564433&ownerId=106219830 |
| Pink | Dear Mr. President | EMI Blackwood Music, Inc. | | PA0001164163 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displayViewVideo.do?videoId=3769048&ownerId=5725172 |
| Zero 7 | Destiny | EMI Blackwood Music, Inc. | | PA0001131247 | 8/5/2003 | EMI Music Publishing, Ltd., Universal Music Corp, Sophie Barker | http://hi5.com/friend/video/displayViewVideo.do?videoId=1298920&ownerId=106306653 |
| Black Eyed Peas | Don't Phunk With My Heart | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001162090 | 8/2/2005 | EMI Blackwood Music, Inc., El Cubano Music, Headphone Junkie Publishing, Will I Am Music, Printz Board Publ. Designee, Careers-BMG Music Publishing, Inc., Saregama India, PLC, EMI April Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=191914&ownerId=30367558 |
| Incubus | Drive | EMI April Music, Inc. | | PA0000978102 | 12/30/1999 | EMI April Music, Inc., Hunglikeyora Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3409315&ownerId=11597810 |
| Sting | Englishman in New York | EMI Blackwood Music, Inc. | | PA0000369439 | 5/23/1988 | Magnetic Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=3470065&ownerId=17020250 |
| Depeche Mode | Enjoy the Silence | EMI Blackwood Music, Inc. | | PA0000466216 | 4/27/1990 | Grabbing Hands Music, Ltd., & Sonet Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=860409&ownerId=104221786 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| The Police | Every Breath You Take | EMI Blackwood Music, Inc. | | PA0000201652 | 6/23/1983 | Magnetic Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1759311&ownerId=5033305 |
| Fergie | Fergalicious | EMI April Music, Inc. | | PA0001165469 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, Will I Am Music, Afro-Rican Publ., Ruthless Attack Muzick, Too Badd Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=934300&ownerId=82544702 |
| Regina Spektor | Fidelity | EMI Blackwood Music, Inc. | | PA0001164835 | 8/23/2006 | Soviet Kitsch Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5254925&ownerId=98478748 |
| Beyonce | Freakum Dress | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001165938 | 11/28/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, Dam Rich Music, EMI April Music, Inc., B-day Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=3809723&ownerId=15834575 |
| Beyonce | Get Me Bodied | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001165939 | 11/28/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, EMI April Music, Inc., B-day Publishing, Swizz Beatz, Angela Beyince Music, Solange MWP Publishing, Hitco South, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=6268892&ownerId=65364683 |
| Ray Parker Jr. | Ghostbusters | EMI Golden Torch Music Corp. | | PA0000218114 | 7/13/1984 | Golden Torch Music Corporation & Raydiola Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5547034&ownerId=12170203 |
| James Blunt | Goodbye My Lover | EMI Blackwood Music, Inc. | | PA0001162698 | 11/9/2005 | EMI Music Publishing, Ltd., Bucks Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=293114&ownerId=5725172 |
| Shakira | Hips Don't Lie | EMI Blackwood Music, Inc. | | PA0001164057 | 4/11/2006 | EMI Blackwood Music, Inc., Te-Bass Music, Inc., Tete San Ko Publishing, Aniwi Music, LanFranco Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=8004&ownerId=30367558 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| The Fray | How To Save A Life | EMI April Music, Inc. | | PA0001162856 | 12/6/2005 | EMI April Music, Inc., Aaron Edwards Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=5295252&ownerId=67412514 |
| Madonna | Hung Up | EMI Waterford Music, Inc. | | PA0001162837 | 11/29/2005 | EMI Waterford Music, Inc., Union Songs AB, Webo Girl Publishing, Inc., WB Music Corporation | http://hi5.com/friend/video/displayViewVideo.do?videoId=363703&ownerId=44481952 |
| Christina Aguilera | Hurt | EMI Blackwood Music, Inc. | | PA0001165262 | 10/6/2006 | EMI Music Publishing, Ltd., Careers-BMG Music Publishing, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1840712&ownerId=53016071 |
| Lionel Richie | I Call It Love | EMI April Music, Inc. | | PA0001165940 | 11/28/2006 | EMI Music Publishing, Ltd., Fym Music, Sony/ATV Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1995310&ownerId=73577023 |
| Death Cab for Cutie | I Will Follow You Into The Dark | EMI Blackwood Music, Inc. | | PA0001162537 | 10/4/2005 | EMI Blackwood Music, Inc., Where I'm Calling From Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3655701&ownerId=2186083 |
| Alicia Keys | If I Ain't Got You | EMI April Music, Inc. | | PA0001158216 | 12/12/2003 | EMI April Music, Inc., Lellow Productions | http://hi5.com/friend/video/displayViewVideo.do?videoId=3228581&ownerId=87590402 |
| Rihanna | If It's Lovin That You Want | EMI Blackwood Music, Inc. | | PA0001162726 | 11/16/2005 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, Enot Publishing, LLC, Zomba Enterprises, Inc., Jumping Beans Songs, BDP Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3260445&ownerId=65364683 |
| Matchbox Twenty | If You're Gone | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001006950 | 6/26/2000 | EMI Blackwood Music, Inc., Bidnis, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1157313&ownerId=61381563 |
| Shakira | Illegal | EMI Blackwood Music, Inc. | | PA0001163395 | 2/1/2006 | EMI Blackwood Music, Inc., Apollinaire Music, Aniwi Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1020827&ownerId=84099976 |
| Britney Spears | I'm A Slave 4 U | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001060309 | 11/23/2001 | EMI Blackwood Music, Inc., Waters of Nazareth, EMI April Music, Inc., Chase Chad Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3591122&ownerId=10766140 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Nelly Furtado | In God's Hands | EMI April Music, Inc. | | PA0001164471 | 6/29/2006 | Nelstar Publishing, Inc., Emi April Music, Inc, Future Furniture Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6859718&ownerId=5033305 |
| Goo Goo Dolls | Iris | EMI Virgin Songs, Inc. | | PA0000900647 | 6/3/1998 | EMI Virgin Songs, Inc., Scrap Metal Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5909537&ownerId=128770244 |
| Enya | It's In The Rain | EMI Blackwood Music, Inc. | | PA0001163071 | 12/22/2005 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1113441&ownerId=9767416 |
| Jennifer Lopez | Jenny From The Block | EMI U Catalog, Inc. | EMI April Music, Inc. | PA0001105367 | 5/27/2003 | EMI Unart Catalog, Inc., Chocolate Factory, Tunesmith Advancements Publishing, Nuyorican Publishing, Ekop Publishing, LLC, Enot Publishing, LIC, BMG Songs, Inc., BDP Music, Paniro's Publishing, Jae'wons Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2206433&ownerId=73577023 |
| Pink | Just Like A Pill | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001071111 | 1/9/2002 | EMI April Music, Inc., Pink Panther Music, EMI Blackwood Music, Inc. & Cyptron Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=376627&ownerId=39037937 |
| P. Diddy | Last Night | EMI April Music, Inc. | EMI Blackwood Music, Inc. / Foray Music | PA0001166186 | 12/7/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Marsky Music, Foray Music, Christian Combs Music, 2 Daughters Music, ZSX Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=5622817&ownerId=87590402 |
| Hinder | Lips of An Angel | EMI Blackwood Music, Inc. | | PA0001162967 | 12/14/2005 | EMI Blackwood Music, Inc., Hinder Music Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=685817&ownerId=102989528 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Fergie | London Bridge | EMI April Music, Inc. | | PA0001165471 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, Hitco Music, Team S Dot Publishing, Showdy Pimp Music | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=6014 03&ownerId=69384696 |
| The Eagles | Love Will Keep Us Alive | EMI Virgin Songs, Inc. | | PA0000795400 | 3/20/1996 | EMI Virgin Music, Ltd., Paul Carrack, Jim Capaldi | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=1818 841&ownerId=101195517 |
| Enya | May It Be | EMI Blackwood Music, Inc. | | PA0001094666 | 5/23/2002 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=2392 248&ownerId=6477162 |
| D12 | My Band | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001159347 | 6/15/2004 | EMI April Music, Inc., Idiotic Biz, Derty Werks, Runyon Avenue Music, Swifty Mc Vay, EMI Blackwood Music, Inc., Fullproof Publishing, Eight Mile Style, Jaceff Music, Resto World Music | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=5563 505&ownerId=53393803 |
| Usher | My Boo | EMI April Music, Inc. | | PA0001159778 | 10/12/2004 | EMI April Music, Inc., Lellow Productions, Shaniah Cymone Music, Phoenix Ave Music Publishing, Justin Combs Publishing Company, Inc., Ur-IV Music, Slack Ad Music | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=1567 433&ownerId=16796021 |
| Shakira | No | EMI Blackwood Music, Inc. | | PA0001161600 | 6/13/2005 | EMI Blackwood Music, Inc., Apollinaire Music, Aniwi Music | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=1132 713&ownerId=71427924 |
| Blind Melon | No Rain | EMI April Music, Inc. | | PA0000710307 | 5/31/1994 | EMI April Music, Inc., Heavy Melon Music | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=2353 704&ownerId=28688315 |
| Pink | Nobody Knows | EMI Blackwood Music, Inc. | | PA0001164165 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displ ayViewVideo.do?videoId=9261 31&ownerId=7693814 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Enya | Only Time | EMI Blackwood Music, Inc. | | PA0001050453 | 2/28/2001 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=5748800&ownerId=108242544 |
| Hootie & The Blowfish | Only Wanna Be With You | EMI April Music, Inc. | | PA0000734279 | 11/28/1994 | EMI April Music, Inc. & Monica's Reluctance To Lob | http://hi5.com/friend/video/displayViewVideo.do?videoId=5645983&ownerId=13838836 |
| Portishead | Only You | EMI Blackwood Music, Inc. | | PA0000964922 | 9/30/1997 | EMI Unart Catalog, Inc., EMI Blackwood Music, Inc., Beet Junkye Music, Chrysalis Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1430935&ownerId=2142439 |
| The Fray | Over My Head (Cable Car) | EMI April Music, Inc. | | PA0001162858 | 12/6/2005 | EMI April Music, Inc., Aaron Edwards Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=4096607&ownerId=6185752 |
| 50 Cent | P.I.M.P. | EMI April Music, Inc. | | PA0001105184 | 3/31/2003 | EMI April Music, Inc., Derty Werks, 50 Cent Music Publishing, B. Parrott | http://hi5.com/friend/video/displayViewVideo.do?videoId=3491957&ownerId=42371087 |
| Black Eyed Peas | Pump It | EMI Grove Park Music, Inc. | EMI April Music, Inc. | PA0001162173 | 8/16/2005 | EMI Grove Park Music, Inc., Headphone Junkie Publishing, EMI April Music, Inc., Will I Am Music, Jeepney Music Publishing, Reach Global | http://hi5.com/friend/video/displayViewVideo.do?videoId=282103&ownerId=41419374 |
| Amy Winehouse | Rehab | EMI Blackwood Music, Inc. | | PA0001167207 | 3/15/2007 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=6337805&ownerId=15627446 |
| Danity Kane | Ride for You | EMI April Music, Inc. | | PA0001165257 | 10/6/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., Phoenix Ave Music Publishing, Face the Music, Baby Boys Little Publishing Company, Bre's Musicbox | http://hi5.com/friend/video/displayViewVideo.do?videoId=3128400&ownerId=72060592 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Justin Timberlake | Rock Your Body | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001118862 | 11/21/2002 | EMI April Music, Inc., Chase Chad Music, EMI Blackwood Music, Inc., Waters of Nazareth, Tennman Tunes | http://hi5.com/friend/video/displayViewVideo.do?videoId=3202824&ownerId=102691012 |
| Regina Spektor | Samson | EMI Blackwood Music, Inc. | | PA0001286734 | 7/20/2005 | Regina Spektor, 1980-, d.b.a. Soviet Kitsch Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3247024&ownerId=87590402 |
| Chris Brown | Say Goodbye | EMI April Music, Inc. | | PA0001163325 | 1/25/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., Phoenix Ave Music Publishing, Baby Boys Little Publishing Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=2099314&ownerId=107896311 |
| Third Eye Blind | Semi-Charmed Life | EMI Blackwood Music, Inc. | | PA0000797856 | 8/25/1997 | EMI Blackwood Music, Inc., 3EB Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=4010010&ownerId=83319098 |
| Bow Wow | Shortie Like Mine | EMI April Music, Inc. | | PA0001166739 | 1/22/2007 | EMI April Music, Inc., Shaniah Cymone Music, Air Control Music, Thowin' Tantrums Music, Naked Under My Clothes, Baby Boys Little Publishing Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=5247900&ownerId=99334417 |
| Janet Jackson | So Excited | EMI April Music, Inc. | | PA0001166013 | 11/29/2006 | EMI April Music, Inc., Flyte Tyme Tunes, Inc., Shaniah Cymone Music, Naked Under My Clothes, Air Control Music, Basajamba Music, Giobella, LLC, Hancock Music, More Cut Music, Bridge Of Sighs Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1026401&ownerId=64255336 |
| Ne-Yo | So Sick | EMI April Music, Inc. | | PA0001163977 | 3/31/2006 | EMI Music Publishing, Ltd., Sony/ATV Music, Ltd., Zomba Music Publishers | http://hi5.com/friend/video/displayViewVideo.do?videoId=629623&ownerId=33881261 |
| Tool | Sober | EMI Virgin Music, Inc. | | PA0000628773 | 7/28/1993 | EMI Virgin Music, Inc., & Toolshed Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1277798&ownerId=9131696 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Incubus | Stellar | EMI April Music, Inc. | | PA0000978102 | 12/30/1999 | EMI April Music, Inc., Hunglikeyora Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=4210307&ownerId=11597810 |
| Pink | Stupid Girls | EMI Blackwood Music, Inc. | | PA0001164168 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displayViewVideo.do?videoId=1216735&ownerId=34856279 |
| Norah Jones | Sunrise | EMI April Music, Inc. | | PA0001159030 | 4/8/2004 | EMI Songs, Ltd., Unichappell Music, Inc., Geomantic Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1249311&ownerId=5725172 |
| Five For Fighting | Superman | EMI Blackwood Music, Inc. | | PA0001029927 | 12/12/2000 | EMI Blackwood Music, Inc. & Five For Fighting Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=4986213&ownerId=42668964 |
| Sean Paul | Temperature | EMI April Music, Inc. | | PA0001162634 | 10/25/2005 | EMI Music Publishing, Ltd., Jencone Snowcone Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=667711&ownerId=6657087 |
| Panic! At The Disco | The Only Difference Between Martyrdom and Suicide is Press Coverage | EMI April Music, Inc. | | PA0001162943 | 12/12/2005 | EMI April Music, Inc., Sweet Chin Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3926121&ownerId=5910225 |
| Celine Dion | The Power of Love | EMI April Music, Inc. | | PA0000408858 | 12/27/1988 | S B K Songs Musikverlage, Libraphone Musikverlage | http://hi5.com/friend/video/displayViewVideo.do?videoId=4994605&ownerId=52024331 |
| Stone Sour | Through Glass | EMI April Music, Inc. | | PA0001165083 | 9/26/2006 | EMI April Music, Inc., Stone Sour Music, LLC, Music That Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=264302&ownerId=66213844 |
| Mr. Big | To Be With You | EMI April Music, Inc. | | PA0000542741 | 8/28/1991 | EMI April Music, Inc., Dog Turner Music & Eric Martin Songs | http://hi5.com/friend/video/displayViewVideo.do?videoId=1109537&ownerId=84099976 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Natalie Imbruglia | Torn | Colgems-EMI Music Inc. | | PA0000705322 | 8/4/1995 | Songs of Polygram International, Inc., Weetie-Pie Music, Scott Cutler Music, EMI Music, Inc. & Phil Thornally Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6876260&ownerId=48608838 |
| Britney Spears | Toxic | Colgems-EMI Music Inc. | | PA0001158179 | 12/11/2003 | EMI Music Publishing, Ltd., Murlyn Songs | http://hi5.com/friend/video/displayViewVideo.do?videoId=292119&ownerId=53405695 |
| Rihanna | Unfaithful | EMI April Music, Inc. | | PA0001164296 | 5/16/2006 | EMI Music Publishing, Ltd, Sony/ATV Music, Ltd., Zomba Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=237530&ownerId=59628712 |
| Beyonce | Upgrade U | EMI Longitude Music | EMI April Music, Inc. / EMI Blackwood Music, Inc. | PA0001165461 | 10/26/2006 | EMI April Music, Inc., B-day Publishing, EMI Longitude Music, Carter Boys Publishing, EMI Blackwood Music, Inc., Yoga Flames Music, Janice Combs Publishing, Inc., MWP Publishing, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=3239023&ownerId=11728246 |
| Jamiroquai | Virtual Insanity | EMI Blackwood Music, Inc. | | PA0000852396 | 7/3/1997 | EMI Music Publishing, Ltd., & EMI Blackwood Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2663811&ownerId=106487682 |
| Foo Fighters | Walking After You | EMI Virgin Songs, Inc. | | PA0000875688 | 7/24/1997 | MJ Twelve Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5304810&ownerId=41953915 |
| Katrina and The Waves | Walking on Sunshine | Screen Gems-EMI Music Inc. | | PA0000244407 | 4/16/1985 | Megasongs, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=854406&ownerId=102103397 |
| Spice Girls | Wannabe | EMI Full Keel Music | | PA0000823685 | 11/29/1996 | Polygram Music Publishing, Ltd., & Windswept Pacific Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2088613&ownerId=104434351 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Mariah Carey | We Belong Together | EMI April Music, Inc. | | PA0001162027 | 7/7/2005 | EMI April Music, Inc., Shaniah Cymone Music, Slack A.D. Music, Naked Under My Clothes, Rye Songs, Ballads by Design, Abkco Music, Inc., Sony/ATV Music Publishing, Warner-Tamerlane Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2545220&ownerId=80731590 |
| Rihanna | We Ride | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001164300 | 5/16/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, EMI Music Publishing, Ltd., Sony/ATV Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=3807927&ownerId=67894025 |
| Blink-182 | What's My Age Again? | EMI April Music, Inc. | | PA0000957349 | 6/28/1999 | EMI April Music, Inc. & Fun With Goats | http://hi5.com/friend/video/displayViewVideo.do?videoId=1841531&ownerId=53876609 |
| Black Eyed Peas | Where is the Love | EMI Blackwood Music, Inc. | | PA0001158942 | 3/23/2004 | EMI Blackwood Music, Inc., El Cubano Music, Will I Am Music, Printz Board, Tuono Music, Nawasha Networks, Jeepney Music Publishing, Tennman Tunes | http://hi5.com/friend/video/displayViewVideo.do?videoId=1052318&ownerId=46484020 |
| Pink | Who Knew | EMI Blackwood Music, Inc. | | PA0001164173 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Maratone, AB, Kasz Money Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2080007&ownerId=106144447 |
| Jewel | Who Will Save Your Soul | EMI April Music, Inc. | | PA0000806918 | 8/8/1996 | WB Music Corporation, Wiggly Tooth Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5269203&ownerId=60815509 |

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Usher | Yeah | EMI April Music, Inc. | | PA0001159089 | 4/20/2004 | EMI April Music, Inc., Air Control Music, Basajamba Music, Me and Marq Music, Ludacris Music Publishing, Inc., Hitco South, Christopher Matthew Music, Christopher Garrett's Publishing, Swole Music, Robert McDowell | http://hi5.com/friend/video/displayViewVideo.do?videoId=292122&ownerId=53405695 |
| James Blunt | You're Beautiful | EMI Blackwood Music, Inc. | | PA0001162696 | 11/9/2005 | EMI Music Publishing, Ltd., Bucks Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=355501&ownerId=12730100 |