

**08 CV 5831**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, Inc., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation<br><br>Plaintiffs,<br><br>v.<br><br>VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM, a California corporation; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO.<br><br>**RULE 7.1(a) DISCLOSURE STATEMENT**<br><br> |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for Plaintiffs Capitol Records, LLC; Caroline Records, Inc.; Virgin Records America, Inc.; EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc. (collectively, "Plaintiffs") certify that the ultimate parent of each of the

1844084.1

Plaintiffs is Maltby Investments Limited. No publicly held corporation owns 10% or more of the stock of any of the Plaintiffs.

DATED: June 27, 2008
       New York, New York

MITCHELL SILBERBERG & KNUPP LLP

By: *Christine Lepera*
Christine Lepera (CL 9311)
12 East 49th Street, 30th Floor
New York, New York 10017
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Russell J. Frackman
Marc E. Mayer
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs