| Attorney or Party without Attorney:<br>CHRISTINE LEPERA, ESQ.<br>MITCHELL SILBERBERG & KNUPP LLP<br>12 EAST 49TH ST.<br>30TH FLOOR<br>NEW YORK, NY 10017<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | |
| Plaintiff: CAPITOL RECORDS, LLC, ETC., ET AL. | | |
| Defendant: VIDEOEGG, INC., ETC., ET AL. | | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV5831 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1(A) DISCLOSURE STATEMENT

3. a. Party served:          VIDEOEGG, INC. D/B/A VIDEOEGG.COM, A DELAWARE CORPORATION
   b. Person served:         MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION
                             SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    818 W. SEVENTH STREET
                                          2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 27, 2008 (2) at: 2:45PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**      e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                         (i)   Independent Contractor
      LOS ANGELES, CA 90071                        (ii)  Registration No.:    5141
   c. 213-250-1111                                 (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Mon, Jun. 30, 2008

   Judicial Council Form                    PROOF OF SERVICE                    (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                              4127243.chle.142831