| Attorney or Party without Attorney:<br>CHRISTINE LEPERA, ESQ.<br>MITCHELL SILBERBERG & KNUPP LLP<br>12 EAST 49TH ST.<br>30TH FLOOR<br>NEW YORK, NY 10017<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | | | |
| Plaintiff: CAPITOL RECORDS, LLC, ETC., ET AL. | | | | |
| Defendant: VIDEOEGG, INC., ETC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV5831 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1(A) DISCLOSURE STATEMENT

3. a. Party served:           HI5 NETWORKS, INC. D/B/A HI5.COM, A CALIFORNIA CORPORATION
   b. Person served:          ROMINA TINITIGAN, AGENT AUTHORIZED TO ACCEPT SERVICE.
                              SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   55 SECOND STREET
                                         SUITE 300
                                         SAN FRANCISCO, CA 94105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 27, 2008 (2) at: 5:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE                                         d. *The Fee for Service was:*
                                                        e. I am: (3) registered California process server
   **First Legal Support Services** SM                      (i) Independent Contractor
   ATTORNEY SERVICES                                        (ii) Registration No.:    2008-0001046
   1138 HOWARD STREET                                       (iii) County:             San Francisco
   San Francisco, CA 94103                                  (iv) Expiration Date:     Sun, Feb. 14, 2010
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 08, 2008

                                                                                    (TONY LOWE)

Judicial Council Form POS-010                    PROOF OF SERVICE                           4127265.chle.144532
Rule 2.150.(a)&(b) Rev January 1, 2007           SUMMS IN CIV. ACTION