USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CAPITOL RECORDS, LLC, a Delaware
limited liability company; CAROLINE
RECORDS, INC., a New York Corporation;
VIRGIN RECORDS AMERICA, INC., a
California Corporation; EMI BLACKWOOD
MUSIC, INC., a Connecticut Corporation; EMI
APRIL MUSIC, INC., a Connecticut
Corporation; EMI FULL KEEL MUSIC, INC.,
a duly licensed Corporation; EMI VIRGIN
MUSIC, INC., a New York Corporation; EMI
ROBBINS CATALOG, INC., a New York
Corporation; EMI WATERFORD MUSIC,
INC., a California Corporation; EMI GROVE
PARK MUSIC, INC., a California Corporation;
COLGEMS-EMI MUSIC, INC., a Delaware
Corporation; and EMI VIRGIN SONGS, INC.,
a New York Corporation,

        Plaintiffs,

vs.

VIDEOEGG INC., d/b/a VIDEOEGG.COM, a
Delaware Corporation; HI5 NETWORKS,
INC., d/b/a HI5.COM, a California
Corporation; and DOES 1-10, inclusive,

        Defendants.
------------------------------------- X

CIVIL ACTION No. 1:08-cv-05831-HB
ECF CASE

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, that Defendant hi5 Networks, Inc.'s answer, motion, or other response to the Complaint, originally due July 17, 2008, is extended to July 31, 2008. This is the first request for an extension by either party.

This stipulation may be signed in counterpart via facsimile or .pdf format, and such signatures shall be deemed original for all purposes.

New York, New York
Dated: July 16, 2008

| COOLEY GODWARD KRONISH LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: *Janet Cullum/ETR* <br> Janet L. Cullum (JC 2007) | By: *Christine Lepera (sl)* <br> Christine Lepera (CL 9311) |
| 1114 Avenue of the Americas <br> New York, NY 10036 <br> (212) 479-6000 (Main) <br> (212) 479-6500 (Direct) <br> (212) 479-6275 (Fax) | 12 East 49th Street, 30th Floor <br> New York, NY 10017 <br> (212) 509-3900 (Main) <br> (917) 546-7703 (Direct) <br> (917) 546-7673 (Fax) |
| *Attorneys for Defendant hi5 Networks, Inc.* | *Attorneys for Plaintiffs* |

SO ORDERED:

_____
Honorable Harold Baer
United States District Court Judge
Southern District of New York