Lisa T. Simpson
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Defendant VideoEgg, Inc.

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation, <br><br>    Plaintiffs, <br><br> vs. <br><br> VIDEOEGG INC., d/b/a VIDEOEGG.COM, a Delaware Corporation; HI5 NETWORKS, INC., d/b/a HI5.COM, a California Corporation; and DOES 1-10, inclusive, <br><br>    Defendants. | 08-Civ-05831(HB) (DCF) <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant VideoEgg, Inc., d/b/a/ VideoEgg.com ("VideoEgg") states that VideoEgg is a corporation organized and existing under the laws of the State of Delaware, which has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated:   New York, New York
           July 17, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____
Lisa T. Simpson
666 Fifth Avenue
New York, New York 10103
(212) 506-5000
Attorneys for Defendant
VideoEgg, Inc.