ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

JUL 17 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC, a Delaware limited
liability company; CAROLINE RECORDS, INC.,
a New York Corporation; VIRGIN RECORDS
AMERICA, INC., a California Corporation; EMI
BLACKWOOD MUSIC, INC., a Connecticut
Corporation; EMI APRIL MUSIC, INC., a
Connecticut Corporation; EMI FULL KEEL MUSIC,
INC., a duly licensed Corporation; EMI VIRGIN
MUSIC, INC., a New York Corporation; EMI
ROBBINS CATALOG, INC., a New York
Corporation; EMI WATERFORD MUSIC, INC., a
California Corporation; EMI GROVE PARK MUSIC,
INC., a California Corporation; COLGEMS-EMI
MUSIC, INC., a Delaware Corporation; and EMI
VIRGIN SONGS, INC., a New York Corporation,

        Plaintiffs,

vs.

VIDEOEGG INC., d/b/a VIDEOEGG.COM, a
Delaware Corporation; HI5 NETWORKS, INC.,
d/b/a HI5.COM, a California Corporation; and
DOES 1-10, inclusive,

        Defendants.

08-Civ-05831 (HB) (DCF)

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, that Defendant VideoEgg, Inc.'s time to answer, move, or otherwise respond to the Complaint in the above-captioned action is hereby extended to, and including, July 31, 2008. This is the first request for an extension by VideoEgg. Plaintiffs and defendant Hi5 Networks, Inc. have previously stipulated to extend Hi5's deadline to file a responsive pleading to July 31, 2008, the same date as contained herein.

-1-

This stipulation may be signed in counterpart via facsimile or .pdf format, and such signatures shall be deemed original for all purposes.

New York, New York
Dated: July 17, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP     MITCHELL SILBERBERG & KNUPP LLP

By: _____            By: _____
Lisa T. Simpson                            Christine Lepera

666 Fifth Avenue                       12 East 49th Street, 30th Floor
New York, NY 10103                     New York, NY 10017
(212) 506-5000 (Main)                  (212) 509-3900 (Main)
(212) 506-3767 (Direct)                (917) 546-7703 (Direct)
(212) 506-5151 (Fax)                   (917) 546-7673 (Fax)

*Attorneys for Defendant VideoEgg, Inc.*     *Attorneys for Plaintiffs*

SO ORDERED: _____  7/21/08

Honorable Harold Baer
United States District Court Judge

-2-