UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation,

Plaintiffs,

vs.

VIDEOEGG INC., d/b/a VIDEOEGG.COM, a Delaware Corporation; HI5 NETWORKS, INC., d/b/a HI5.COM, a California Corporation; and DOES 1-10, inclusive,

Defendants.

No. 08-cv-05831 (HB) (DCF)

ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Lisa T. Simpson, attorney for Defendant VideoEgg, Inc., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    I. Ncel Chatterjee, Esq.
    Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94025
    Tel: 650-614-7400
    Fax: 650-614-7401
    nchatterjee@orrick.com

is admitted to practice pro hac vice as counsel for Defendant VideoEgg, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July __, 2008
      New York, New York

                                       Hon. Harold Baer, Jr.
                                       United States District Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 7/28/08

2