UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Capitol Records, LLC; Caroline Records, Inc.; Virgin Records America, Inc.; EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music, Inc.; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> VideoEgg, Inc.; hi5 Networks, Inc.; and Does 1-10., <br><br> Defendants. | INDEX No. 08 CV 5831 (HB) <br> ECF CASE |

---

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Janet L. Cullum, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant hi5 Networks, Inc. in the above-captioned matter.

Dated: New York, New York
       July 31, 2008

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

   /s/  Janet L. Cullum
Janet L. Cullum (JLC-2083)

1114 Avenue of the Americas
New York, NY 10036-7798
Phone:   (212) 479-6000
Fax:     (212) 479-6275