UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
Capitol Records, LLC; Caroline Records, Inc.;     :
Virgin Records America, Inc.; EMI Blackwood
Music, Inc.; EMI April Music, Inc.; EMI Full      :
Keel Music, Inc.; EMI Virgin Music, Inc.; EMI
Robbins Catalog, Inc.; EMI Waterford Music,       :     INDEX No. 08 CV 5831 (HB)
Inc.; EMI Grove Park Music, Inc.; Colgems-              ECF CASE
EMI Music, Inc.; and EMI Virgin Songs, Inc.,      :

                    Plaintiffs,                    :

              vs.                                  :

VideoEgg, Inc.; hi5 Networks, Inc.; and Does      :
1-10.,

                    Defendants.                    :
------------------------------------- X
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

       Emma Terrell, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant hi5 Networks, Inc. in the above-captioned matter.

Dated: New York, New York
       July 31, 2008

Respectfully submitted,
Cooley Godward Kronish LLP

    /s/ Emma Terrell
Emma Terrell (ET-1414)

1114 Avenue of the Americas
New York, NY 10036-7798
Phone:    (212) 479-6000
Fax:      (212) 479-6275