UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Capitol Records, LLC; Caroline Records, Inc.; : 
Virgin Records America, Inc.; EMI Blackwood
Music, Inc.; EMI April Music, Inc.; EMI Full :
Keel Music, Inc.; EMI Virgin Music, Inc.; EMI     INDEX No. 08 CV 5831 (HB)
Robbins Catalog, Inc.; EMI Waterford Music, :   ECF CASE
Inc.; EMI Grove Park Music, Inc.; Colgems-
EMI Music, Inc.; and EMI Virgin Songs, Inc.,  :  *Oral Argument Requested*

       Plaintiffs,                :   **NOTICE OF MOTION**

  vs.                                         :

VideoEgg, Inc.; hi5 Networks, Inc.; and Does  :
1-10.,
                                          :
       Defendants.
------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Affidavit of Ramu Yalamanchi, executed on July 31, 2008, and Affirmation of Emma Terrell, executed on July 31, 2008, Defendant hi5 Networks, Inc., by its counsel Cooley Godward Kronish LLP, will move this Court before the Honorable Harold Baer, Jr., United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined, for an order dismissing the Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) or, alternatively, for an order transferring venue to the Northern District of California pursuant to 28 U.S.C. §§ 1404 and 1406.

Dated: New York, New York　　　　　　　　　　Respectfully submitted,
　　　　July 31, 2008　　　　　　　　　　　　　COOLEY GODWARD KRONISH LLP


　　　　　　　　　　　　　　　　　　　　　　_____/s/ Janet L. Cullum_____
　　　　　　　　　　　　　　　　　　　　　　Janet L. Cullum (JLC-2083)
　　　　　　　　　　　　　　　　　　　　　　Emma Terrell (ET-1414)
　　　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036-7798
　　　　　　　　　　　　　　　　　　　　　　Phone:　　(212) 479-6000
　　　　　　　　　　　　　　　　　　　　　　Fax:　　　(212) 479-6275

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*hi5 Networks, Inc*.


TO:

| | |
|---|---|
| MITCHELL, SILBERBERG & KNUPP LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Christine Lepera | Neel Chatterjee |
| 12 East 49th Street, 30th Floor | Robert Ricketson |
| New York, New York 10017 | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| -and- | |
| | -and- |
| Russell J. Frackman | |
| Marc E. Mayer | Lisa T. Simpson |
| 11377 West Olympic Boulevard | 666 Fifth Avenue |
| Los Angeles, California 90064-1683 | New York, NY 10103 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant VideoEgg, Inc.* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2008, the foregoing Rule 7.1 Statement, Notice of Motion, Memorandum of Law in Support of hi5 Networks, Inc.'s Motion to Dismiss or, Alternatively, to Transfer Venue, and supporting Affidavit of Ramu Yalamanchi and Affirmation of Emma Terrell were filed via CM/ECF, which will provide electronic copies and notification of filing to the counsel listed below.  Courtesy copies were sent via electronic mail.

| | |
|---|---|
| MITCHELL, SILBERBERG & KNUPP LLP<br>Christine Lepera<br>12 East 49th Street, 30th Floor<br>New York, New York 10017<br><br>-and-<br><br>Russell J. Frackman<br>Marc E. Mayer<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br><br>*Attorneys for Plaintiffs* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Neel Chatterjee<br>Robert Ricketson<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br><br>-and-<br><br>Lisa T. Simpson<br>666 Fifth Avenue<br>New York, NY 10103<br><br>*Attorneys for Defendant VideoEgg, Inc.* |

                      /s/ Emma Terrell
                     Emma Terrell (ET-1414)