UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Capitol Records, LLC; Caroline Records, Inc.; Virgin Records America, Inc.; EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music, Inc.; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc., Plaintiffs, vs. VideoEgg, Inc.; hi5 Networks, Inc.; and Does 1-10., Defendants. | INDEX No. 08 CV 5831 (HB) ECF CASE **AFFIRMATION** |

EMMA TERRELL, an attorney licensed to practice in the State of New York and before the District Court for the Southern District of New York, affirms under penalty of perjury as follows:

1. I am an associate at Cooley Godward Kronish LLP, attorneys for Defendant hi5 Networks, Inc. ("hi5"). I submit this Affirmation in support of hi5's Motion to Dismiss or, Alternatively, to Transfer Venue.

2. On July 30, 2008 I conducted a series of searches on the website of the California Secretary of State using the "California Business Search" function, located at http://kepler.sos.ca.gov/list.html, to determine whether any Plaintiff in this case is registered to do business in the State of California.

3. Attached hereto as Exhibit A is a true and correct copy of a printout from the website of the California Secretary of State indicating that Capitol Records LLC is registered to do business in California.

4. Attached hereto as Exhibit B is a true and correct copy of a printout from the website of the California Secretary of State indicating that Caroline Records, Inc. is registered to do business in California.

5. Attached hereto as Exhibit C is a true and correct copy of a printout from the website of the California Secretary of State indicating that Virgin Records America, Inc. is registered to do business in California.

6. Attached hereto as Exhibit D is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Blackwood Music Inc. is registered to do business in California.

7. Attached hereto as Exhibit E is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI April Music Inc. is registered to do business in California.

8. Attached hereto as Exhibit F is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Virgin Music, Inc. is registered to do business in California.

9. Attached hereto as Exhibit G is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Robbins Catalog Inc. is registered to do business in California

10. Attached hereto as Exhibit H is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Waterford Music, Inc. is registered to do business in California.

11. Attached hereto as Exhibit I is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Grove Park Music, Inc. is registered to do business in California.

12. Attached hereto as Exhibit J is a true and correct copy of a printout from the website of the California Secretary of State indicating that Colgems-EMI Music, Inc. is registered to do business in California.

13. Attached hereto as Exhibit K is a true and correct copy of a printout from the website of the California Secretary of State indicating that EMI Virgin Songs Inc. is registered to do business in California.

14. On July 28, 2008 I conducted a series of searches on the PACER website for the Northern District of California, located at https://ecf.cand.uscourts.gov/cgi-bin/login.pl, to determine if any Plaintiff in this case is currently involved in active litigation in that judicial district. I did so by running a Query with the name of each Plaintiff and selecting "Active" as the case status. Attached hereto as Exhibit L is a chart containing the case name and number of each active Northern District of California case in which a Plaintiff is listed as a party.

Executed: New York, New York
July 31, 2008

/s/ Emma Terrell
Emma Terrell (ET-1414)

# EXHIBIT A




**DISCLAIMER:** The information displayed here is current as of Jul 25, 2008 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| CAPITOL RECORDS, LLC | | |
| **Number:** 200811710061 | **Date Filed:** 4/25/2008 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 150 FIFTH AVENUE | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA | | |
| AS CSC-LAWYERS INCORPORATING SERVICE | | |
| (C1592199) | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

# EXHIBIT B




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CAROLINE RECORDS, INC. | | |
| **Number:** C2642864 | **Date Filed:** 3/22/2004 | **Status:** active |
| **Jurisdiction:** NEW YORK | | |
| **Address** | | |
| 2751 CENTERVILLE RD STE 205 | | |
| WILMINGTON, DE 19808 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT C




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC. | | |
| **Number:** C1380832 | **Date Filed:** 7/21/1986 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 150 FIFTH AVE 2ND FLR | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT D




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| EMI BLACKWOOD MUSIC INC. | | |
| **Number:** C0800837 | **Date Filed:** 10/15/1976 | **Status:** active |
| **Jurisdiction:** CONNECTICUT | | |
| **Address** | | |
| 810 7TH AVE 36TH FL | | |
| NEW YORK, NY 10019 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT E




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EMI APRIL MUSIC INC. | | |
| **Number:** C0800838 | **Date Filed:** 10/15/1976 | **Status:** active |
| **Jurisdiction:** CONNECTICUT | | |
| **Address** | | |
| 810 7TH AVE 36TH FL | | |
| NEW YORK, NY 10019 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT F




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EMI VIRGIN MUSIC, INC. | | |
| **Number:** C1611356 | **Date Filed:** 4/13/1988 | **Status:** active |
| **Jurisdiction:** NEW YORK | | |
| **Address** | | |
| 75 9TH AVE 4TH FL | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT G




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EMI ROBBINS CATALOG INC. | | |
| **Number:** C1227490 | **Date Filed:** 9/27/1983 | **Status:** active |
| **Jurisdiction:** NEW YORK | | |
| **Address** | | |
| 810 7TH AVE 36TH FL | | |
| NEW YORK, NY 10019 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT H




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EMI WATERFORD MUSIC, INC. | | |
| **Number:** C1476573 | **Date Filed:** 2/7/1990 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 75 NINTH AVE 4TH FLR | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT I




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| EMI GROVE PARK MUSIC, INC. | | |
| **Number:** C1476574 | **Date Filed:** 2/7/1990 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 75 NINTH AVE 4TH FLR | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT J




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| COLGEMS-EMI MUSIC, INC. | | |
| **Number:** C0778259 | **Date Filed:** 9/2/1976 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 810 7TH AVE 36TH FL | | |
| NEW YORK, NY 10019 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT K




**DISCLAIMER:** The information displayed here is current as of JUL 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| EMI VIRGIN SONGS, INC. | | |
| **Number:** C1611353 | **Date Filed:** 4/12/1988 | **Status:** forfeited |
| **Jurisdiction:** NEW YORK | | |
| **Address** | | |
| 75 9TH AVE 4TH FL | | |
| NEW YORK, NY 10011 | | |
| **Agent for Service of Process** | | |
| THE PRENTICE-HA LL CORPORATION SYSTEM, INC. | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT L

**"Active" Cases in the U.S. District Court for the Northern District of California (as of July 28, 2008)**

| Case number | Case Name | Plaintiff(s) |
|---|---|---|
| 3:07-cv-03553-EMC | Elektra Entertainment Group Inc et al v. Tulio | Capitol Records Inc. |
| 3:08-cv-01042-MHP | Sony BMG Music Entertainment et al v. John Doe | Caroline Records Inc.<br>Virgin Records America Inc.<br>Capitol Records, Inc. |
| 3:08-cv-01665-EDL | Capitol Records, Inc et al v. John Doe | Capitol Records Inc. |
| 5:08-cv-01044-JW | BMG Music et al v. Kraft | Capitol Records Inc. |
| 3:07-cv-04790-JSW | UMG Recordings, Inc. et al v. Sandra E. Rivera | Capitol Records, Inc. |
| 3:07-cv-04835-JCS | UMG Recordings, Inc. et al v. John Doe #1 | Capitol Records Inc. |
| 3:07-cv-04852-VRW | UMG Recordings, Inc. et al v. Doe #3 | Capitol Records Inc. |
| 4:08-cv-01038-SBA | UMG Recordings, Inc. et al v. Doe | Capitol Records Inc. |
| 5:07-cv-06033-RMW | UMG Recordings, Inc. et al v. Doe | Capitol Records Inc. |
| 3:08-cv-01192-WHA | UMG Recordings, Inc. et al v. Freeman | Capitol Records Inc. |
| 5:08-cv-03145-PVT | Capitol Records, LLC et al v. Boquet | Capitol Records Inc. |
| 3:07-cv-04097-EMC | Sony BMG Music Entertainment et al v. Gebremariam | Virgin Records America Inc. |
| 4:07-cv-03094-CW | Warner Bros. Records Inc. et al v. Doe | Virgin Records America Inc. |
| 3:07-cv-04860-MHP | UMG Recordings, Inc. et al v. Doe | Virgin Records America Inc. |
| 3:08-cv-02212-SC | Fonovisa, Inc. et al v. Castillo | Virgin Records America Inc. |