UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
Capitol Records, LLC; Caroline Records, Inc.;   :
Virgin Records America, Inc.; EMI Blackwood
Music, Inc.; EMI April Music, Inc.; EMI Full    :
Keel Music, Inc.; EMI Virgin Music, Inc.; EMI
Robbins Catalog, Inc.; EMI Waterford Music,     :   INDEX No. 08 CV 5831 (HB)
Inc.; EMI Grove Park Music, Inc.; Colgems-          ECF CASE
EMI Music, Inc.; and EMI Virgin Songs, Inc.,    :
                                                    RULE 7.1 STATEMENT
                 Plaintiffs,                    :

            vs.                                 :

VideoEgg, Inc.; hi5 Networks, Inc.; and Does    :
1-10.,
                                                :
                 Defendants.
------------------------------------- X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant hi5 Networks, Inc. ("hi5") states that hi5 has no parent corporation, and that no

publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York            Respectfully submitted,
       July 31, 2008                 COOLEY GODWARD KRONISH LLP


                                     _____/s/ Janet L. Cullum_____
                                     Janet L. Cullum (JLC-2083)
                                     Emma Terrell (ET-1414)
                                     1114 Avenue of the Americas
                                     New York, NY 10036-7798
                                     Phone:    (212) 479-6000
                                     Fax:      (212) 479-6275

                                     *Attorneys for Defendant*
                                     *hi5 Networks, Inc.*