UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, LLC, a Delaware limited liability company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation,

Plaintiffs,

vs.

VIDEOEGG INC., d/b/a VIDEOEGG.COM, a Delaware Corporation; HI5 NETWORKS, INC., d/b/a HI5.COM, a California Corporation; and DOES 1-10, inclusive,

Defendants.

No. 08-cv-05831 (HB) (DCF)

ECF Case

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

---

Upon the motion of Lisa T. Simpson, attorney for Defendant VideoEgg, Inc., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Robert Ricketson, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650-614-7400
Fax: 650-614-7401
rricketson@orrick.com

is admitted to practice pro hac vice as counsel for Defendant VideoEgg, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July __, 2008
      New York, New York

                                        Hon. Harold Baer, Jr.
                                        United States District Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed...

[signature]
Hon. ...
Date: 7/11/08

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant VideoEgg, Inc.'s Motion to Admit Counsel *Pro Hac Vice* for I. Neel Chatterjee, a true and correct copy of Defendant VideoEgg, Inc.'s Affidavit of Lisa T. Simpson In Support of Motion to Admit Counsel *Pro Hac Vice* for I. Neel Chatterjee (annexed with the following exhibits: A) A Certificate of Good Standing, issued by the State Bar of California on behalf of I. Neel Chatterjee; and B) a proposed Order granting the admission of I. Neel Chatterjee), as well as a true and correct copy of Defendant VideoEgg, Inc.'s Motion to Admit Counsel *Pro Hac Vice* for Robert Ricketson, and a true and correct copy of Defendant VideoEgg, Inc.'s Affidavit of Lisa T. Simpson In Support of Motion to Admit Counsel *Pro Hac Vice* for Robert Ricketson (annexed with the following exhibits: A) A Certificate of Good Standing, issued by the State Bar of California on behalf of Robert Ricketson; and B) a proposed Order granting the admission of Robert Ricketson) were caused to be served *via* Federal Express, this 25th day of July upon counsel named below:

> Christine Lepera
> Mitchell Silberberg & Knupp LLP
> 12 East 49th St.
> New York, NY 10017
> Telephone: (212) 509-3900
> Facsimile: (212) 509-7239

Russell J. Frackman
Marc E. Mayer
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

*[signature]*

Aaron G.R. Rubin
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000