```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, LLC, a Delaware limited
liability company; CAROLINE RECORDS, INC.,
a New York Corporation; VIRGIN RECORDS
AMERICA, INC., a California Corporation; EMI
BLACKWOOD MUSIC, INC., a Connecticut
Corporation; EMI APRIL MUSIC, INC., a
Connecticut Corporation; EMI FULL KEEL MUSIC,
INC., a duly licensed Corporation; EMI VIRGIN
MUSIC, INC., a New York Corporation; EMI
ROBBINS CATALOG, INC., a New York
Corporation; EMI WATERFORD MUSIC, INC., a
California Corporation; EMI GROVE PARK MUSIC,
INC., a California Corporation; COLGEMS-EMI
MUSIC, INC., a Delaware Corporation; and EMI
VIRGIN SONGS, INC., a New York Corporation,

        Plaintiffs,

vs.

VIDEOEGG INC., d/b/a VIDEOEGG.COM, a
Delaware Corporation; HI5 NETWORKS, INC.,
d/b/a HI5.COM, a California Corporation; and
DOES 1-10, inclusive,

        Defendants.

---

08-Civ-05831 (HB) (DCF)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Christine T. Lepera, attorney for Plaintiffs in the above-captioned action, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Marc Mayer, Esq.
    Mitchell Silberberg & Knupp LLP
    11377 W. Olympic Blvd.
    Los Angeles, CA 90064
    Tel: 310-312-3154
    Fax: 310-231-8354
    Email: mem@msk.com

is admitted to practice as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August ____, 2008
      New York, New York

                                               Honorable Harold Baer
                                               United States District Court Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 8/13/08