AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Case Number: 08 Civ. 5831 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Capitol Records, Inc.; Caroline Records, Inc.; Virgin Records America, Inc.; EMI Blackwood Music, Inc.; EMI April Music, Inc.; EMI Full Keel Music, Inc.; EMI Virgin Music, Inc.; EMI Robbins Catalog, Inc.; EMI Waterford Music, Inc.; EMI Grove Park Music, Inc.; Colgems-EMI Music, Inc.; and EMI Virgin Songs, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | [signature] |
| Date | Signature |
| | Jeffrey M. Movit (jmm@msk.com)    (JM-6725) |
| | Print Name    Bar Number |
| | Mitchell Silberberg & Knupp LLP, 12 E. 49th St., 30th Floor |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 509-3900    (212) 509-7239 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware Corporation; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly organized Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a duly organized Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM; and DOES 1-10, inclusive<br><br>　　　　　Defendants. | CASE NO. 08 CV 5831<br><br>**CERTIFICATE OF SERVICE** |

I, Jeffrey M. Movit, hereby certify that on August 15, 2008, the foregoing Notice of Appearance was filed via CM/ECF, which will provide electronic copies and notification of filing to counsel of record for defendants VideoEgg, Inc. and Hi5 Networks, Inc.

1928725.1

DATED: New York, New York
August 15, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jeffrey M. Movit (JM-6725)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

1928725.1