UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware Corporation; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM; and DOES 1-10, inclusive<br><br>　　　　　Defendants. | CASE NO.  08 CV 5831<br><br><br>DECLARATION OF MICHAEL ABITBOL IN OPPOSITION TO MOTION OF DEFENDANT Hi5 NETWORKS, INC. TO DISMISS, OR, ALTERNATIVELY, TO TRANSFER VENUE |

MICHAEL ABITBOL declares under the penalties of perjury as follows:

1.　I am the Vice President for Legal & Business Affairs for EMI Music Publishing, located at 75 Ninth Avenue, 4th Floor, New York, New York. I make this Declaration upon personal knowledge and in opposition to the Motion to Dismiss, or Alternatively, to Transfer Venue, of Defendant Hi5 Networks, Inc. ("Hi5"). Among the music publishing companies that

are encompassed within the EMI Music Publishing group of companies are EMI Blackwood Music, Inc., EMI April Music, Inc., EMI Full Keel Music, Inc., EMI Virgin Music, Inc., EMI Robbins Catalog, Inc., EMI Waterford Music, Inc., EMI Grove Music Park, Inc., Colgems-EMI Music, Inc., and EMI Virgin Songs, Inc. (collectively, the "EMI Music Publishers"). I have personal knowledge regarding the business affairs of each of these companies.

2. The EMI Music Publishers are engaged in the business of acquiring, owning, publishing, administering, licensing, and otherwise exploiting copyrights in musical compositions. The EMI Music Publishers own or administer (in whole or in part) copyrights in and to thousands of musical compositions, including those compositions whose copyrights the defendants are alleged to have infringed in the instant action.

3. Each of the EMI Music Publishers maintains its principal place of business at 75 Ninth Avenue, 4th Floor, New York, NY 10011. Additionally, EMI Virgin Music, Inc. and EMI Robbins Catalog, Inc. are corporations duly organized and existing under the laws of the State of New York. None of the EMI Music Publishers maintains an office or employees in the Northern District of California.

4. Each of the corporate witnesses who would testify in this case on behalf of the EMI Music Publishers, including regarding the ownership and licensing of the musical compositions at issue and regarding the EMI Music Publishers' injury from the alleged infringement, resides in the New York metropolitan area.

2

5.    All of the documents that establish the EMI Music Publishers' ownership and exploitation of their catalogs of musical compositions (including copyright registrations, publishing agreements, license agreements, and chain-of-title documents) are maintained at their headquarters in New York, New York.

6.    The EMI Music Publishers regularly conduct investigations from its offices in New York to locate infringing uses of their musical compositions over the Internet. In or around late 2007 and early 2008, under my supervision, representatives of EMI Music Publishing conducted an investigation of Hi5's website from our offices in New York City. Based on that investigation, we learned that Hi5 and thousands of its users were committing copyright infringement on a massive scale through the unauthorized uploading, sharing, and viewing of thousands of files containing musical compositions that are owned or controlled by the EMI Music Publishers. During this investigation, representatives of EMI Music Publishing viewed (and documented their viewing of) infringing files on Hi5's website from our offices in New York. Attached hereto as Exhibit 1 is a true and correct copy of a spreadsheet (which also was attached as Exhibit C to Plaintiffs' Complaint) listing videos that at one time were available on Hi5 containing the EMI Music Publishers' musical compositions, as well as the specific Hi5 URL ("Uniform Resource Locator") location on which these videos were found on the Hi5 website. All of the videos listed on Exhibit 1 were viewed at our New York offices.

7.    All of the documents pertaining to EMI Music Publishing's investigation of Hi5 (with the exception of those generated by or provided to counsel) are located in the offices of

3

EMI Music Publishing in New York, and all of the witnesses who participated in that investigation reside in the New York metropolitan area.

8.     During the course of our investigation, representatives of EMI Music Publishing took screenshots of Hi5 webpages containing videos embodying musical compositions whose copyrights are owned or controlled by EMI Music Publishing.  Attached hereto as Exhibit 2 is a true and correct copy of two exemplar screenshots taken by a representative of EMI Music Publishing reflecting the availability on Hi5 of videos containing the musical compositions "Drive" and "Stellar," as performed by the recording artist "Incubus."

9.     I declare under the penalties of perjury that the foregoing is true and correct.

Executed on August 15, 2008
New York, New York

MICHAEL ABITBOL

4

**EXHIBIT 1**

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Ludacris | Act A Fool | EMI April Music, Inc. | | PA0001131142 | 7/10/2003 | EMI April Music, Inc., Ludacris Music Publishing, Inc., Keith McMasters | http://hi5.com/friend/video/displayViewVideo.do?videoId=5672148&ownerId=61583486 |
| Lily Allen | Alfie | EMI April Music, Inc. | | PA0001375895 | 3/22/2007 | Universal Music Publishing, Ltd., EMI Music Publi., Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=5372569&ownerId=98478748 |
| Robbie Williams | Angels | EMI Virgin Music, Inc. | | PA0000956093 | 6/28/1999 | EMI Virgin Music, Ltd. & BMG Music Publishers, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=8836048&ownerId=45778721 |
| Beyonce | Baby Boy | EMI April Music, Inc. | | PA0001131131 | 7/9/2003 | EMI Music Publishing, Ltd., TVT Music, Beyonce Publishing, Robert Waller | http://hi5.com/friend/video/displayViewVideo.do?videoId=1112412&ownerId=9412053 |
| Tracy Chapman | Baby Can I Hold You | EMI April Music, Inc. | | PA0000417830 | 5/5/1989 | S B K April Music, Inc., Purple Rabbit Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=2570722&ownerId=15539237 |
| Kelly Clarkson | Because of You | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001161120 | 4/27/2005 | Smelly Songs, Smells Like Metal Publishing, Dwight Frye Music, Inc., 12:06 Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2618516&ownerId=17567704 |
| Pussycat Dolls | Beep | EMI Blackwood Music, Inc. | | PA0001162691 | 11/8/2005 | EMI Blackwood Music, Inc., Cherry Lane Music Publ. Company, Inc., Arthouse Entertainmen | http://hi5.com/friend/video/displayViewVideo.do?videoId=1844943&ownerId=71807069 |
| The Used | Blue and Yellow | EMI Blackwood Music, Inc. | | PA0001115830 | 10/17/2002 | EMI Blackwood Music, Inc., Used Movement Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5676328&ownerId=88738368 |
| Kelis | Bossy | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001165528 | 11/1/2006 | EMI April Music, Inc., Levegas Publishing Company, Inc., Issy & Nemo Tunes, EMI Blackwood Music, Inc., Lost Poet Music, Soundtron Tunes, Captain Janeway Songs, Cachabri Music, Hitco South, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=1026018&ownerId=22050761 |

Page 1

Exhibit 1
Page 5

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Augustana | Boston | EMI April Music, Inc. | | PA0001162841 | 12/2/2005 | EMI April Music, Inc., Augustana Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=8957168&ownerId=102691012 |
| Mariah Carey | Breakdown | EMI April Music, Inc. | | PA0000896279 | 6/1/1988 | EMI April Music, Inc., Slet Music, Steven A. Jordan Music, Wish Bone Prod., Inc., Rye Songs, Sony/ATV Songs, LLC | http://hi5.com/friend/video/displayViewVideo.do?videoId=5315846&ownerId=39282462 |
| Ben Harper | Burn One Down | EMI Virgin Music, Inc. | | PA0000779620 | 12/4/1995 | EMI Virgin Music, Inc., & Innocent Criminal | http://hi5.com/friend/video/displayViewVideo.do?videoId=30999188&ownerId=45794290 |
| Enya | Caribbean Blue | EMI Blackwood Music, Inc. | | PA0000576063 | 2/20/1992 | EMI Songs, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=8455538&ownerId=100993108 |
| Destiny's Child | Cater 2 U | EMI Blackwood Music, Inc. | EMI Blackwood Music, Inc. | PA0001160018 | 11/24/2004 | EMI Blackwood Music, Inc., Rodney Jerkins Productions, Inc., Beyonce Publishing, Kelendria Music, No Harm Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=1133180&ownerId=93431626 |
| Beyonce | Check On It | EMI April Music, Inc. | | PA0001163316 | 1/24/2006 | EMI Blackwood Music, Inc., Slim Thug Publishing, EMI April Music,Inc., Angela Beyince Music, Swizz Beatz, Beyonce Publishing, Hitco Music, Team S Dot Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2957478&ownerId=5725172 |
| Fergie | Clumsy | EMI Robbins Catalog Inc. | EMI April Music, Inc. | PA0001165468 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, EMI Robbins Catalog, Inc., Warner/Chappell Re: 20th Century Fox Film, Will I Am Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6905567&ownerId=145884507 |
| Save Ferris | Come On Eileen | Colgems-EMI Music Inc. | | PA0000151516 | 9/20/1982 | E M I Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1173933&ownerId=66610360 |

Exhibit 1
Page 6

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator(s) USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Aerosmith | Crazy | EMI April Music, Inc. | | PA0000641534 | 7/12/1993 | EMI April Music, Inc., Desmobile Music Company, & Swag Song Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1138883&ownerId=16192716 |
| Beyonce | Crazy In Love | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001131132 | 7/9/2003 | EMI April Music, Inc., Carter Boys Publishing, EMI Blackwood Music, Inc., Dam Rich Music, Hitco South, Beyonce Publishing, Unichappell Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2363108&ownerId=60563163 |
| Blink-182 | Dammit | EMI April Music, Inc. | | PA0000893365 | 5/7/1998 | EMI April Music, Inc., Fun with Goats | http://hi5.com/friend/video/displayViewVideo.do?videoId=5564433&ownerId=106219830 |
| Pink | Dear Mr. President | EMI Blackwood Music, Inc. | | PA0011164163 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displayViewVideo.do?videoId=3769048&ownerId=5725172 |
| Zero 7 | Destiny | EMI Blackwood Music, Inc. | | PA0001131247 | 8/5/2003 | EMI Music Publishing, Ltd., Universal Music Corp, Sophie Barker | http://hi5.com/friend/video/displayViewVideo.do?videoId=1298920&ownerId=106306653 |
| Black Eyed Peas | Don't Phunk With My Heart | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001162090 | 8/2/2005 | EMI Blackwood Music, Inc., El Cubano Music, Headphone Junkie Publishing, Will I Am Music, Printz Board Publ. Designee, Careers-BMG Music Publishing, Inc., Saregama India, PLC, EMI April Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1919148&ownerId=30367558 |
| Incubus | Drive | EMI April Music, Inc. | | PA0000978102 | 12/30/1999 | EMI April Music, Inc., Hunglikeyora Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3409315&ownerId=11597810 |
| Sting | Englishman in New York | EMI Blackwood Music, Inc. | | PA0000369439 | 5/23/1988 | Magnetic Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=3470065&ownerId=17020250 |
| Depeche Mode | Enjoy the Silence | EMI Blackwood Music, Inc. | | PA0000466216 | 4/27/1990 | Grabbing Hands Music, Ltd., & Sonet Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=8604098&ownerId=104221786 |

Page 3

Exhibit 1
Page 7

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| The Police | Every Breath You Take | EMI Blackwood Music, Inc. | | PA0000201652 | 6/23/1983 | Magnetic Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=17593118&ownerId=5033305 |
| Fergie | Fergalicious | EMI April Music, Inc. | | PA0001165469 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, Will I Am Music, Afro-Rican Publ., Ruthless Attack Muzick, Too Badd Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=9343008&ownerId=82544702 |
| Regina Spektor | Fidelity | EMI Blackwood Music, Inc. | | PA0001164835 | 8/23/2006 | Soviet Kitsch Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5254925&ownerId=98478748 |
| Beyonce | Freakum Dress | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001165938 | 11/28/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, Dam Rich Music, EMI April Music, Inc., B-day Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=3809723&ownerId=15834575 |
| Beyonce | Get Me Bodied | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001165939 | 11/28/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, EMI April Music, Inc., B-day Publishing, Swizz Beatz, Angela Beyince Music, Solange MWP Publishing, Hitco South, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=6268892&ownerId=65364683 |
| Ray Parker Jr. | Ghostbusters | EMI Golden Torch Music Corp. | | PA0000218114 | 7/13/1984 | Golden Torch Music Corporation & Raydiola Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5547034&ownerId=12170203 |
| James Blunt | Goodbye My Lover | EMI Blackwood Music, Ltd. | | PA0001162698 | 11/9/2005 | EMI Music Publishing, Ltd., Bucks Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2931148&ownerId=5725172 |
| Shakira | Hips Don't Lie | EMI Blackwood Music, Inc. | | PA0001164057 | 4/11/2006 | EMI Blackwood Music, Inc., Te-Bass Music, Inc., Tete San Ko Publishing, Aniwi Music, LanFranco Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=8004&ownerId=30367558 |

Page 4

Exhibit 1
Page 8

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator(s) USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| The Fray | How To Save A Life | EMI April Music, Inc. | | PA0001162856 | 12/6/2005 | EMI April Music, Inc., Aaron Edwards Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=5295252&ownerId=67412514 |
| Madonna | Hung Up | EMI Waterford Music, Inc. | | PA0001162837 | 11/29/2005 | EMI Waterford Music, Inc., Union Songs AB, Webo Girl Publishing, Inc., WB Music Corporation | http://hi5.com/friend/video/displayViewVideo.do?videoId=3637038&ownerId=44481952 |
| Christina Aguilera | Hurt | EMI Blackwood Music, Inc. | | PA0001165262 | 10/6/2006 | EMI Music Publishing, Ltd., Careers BMG Music Publishing, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1840712&ownerId=53016071 |
| Lionel Richie | I Call It Love | EMI April Music, Inc. | | PA0001165940 | 11/28/2006 | EMI Music Publishing, Ltd., Fym Music, Sony/ATV Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1995310&ownerId=73577023 |
| Death Cab for Cutie | I Will Follow You Into The Dark | EMI Blackwood Music, Inc. | | PA0001162537 | 10/4/2005 | EMI Blackwood Music, Inc., Where I'm Calling From Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3655701&ownerId=2186083 |
| Alicia Keys | If I Ain't Got You | EMI April Music, Inc. | | PA0001158216 | 12/12/2003 | EMI April Music, Inc., Lellow Productions | http://hi5.com/friend/video/displayViewVideo.do?videoId=3228581&ownerId=87590402 |
| Rihanna | If It's Lovin That You Want | EMI Blackwood Music, Inc. | | PA0001162726 | 11/16/2005 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, Enot Publishing, LLC, Zomba Enterprises, Inc., Jumping Beans Songs, BDP Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3260445&ownerId=65364683 |
| Matchbox Twenty | If You're Gone | EMI April Music, Inc. | | PA0001006950 | 6/26/2000 | EMI Blackwood Music, Inc., Bidnis, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1157313&ownerId=61381563 |
| Shakira | Illegal | EMI Blackwood Music, Inc. | | PA0001163395 | 2/1/2006 | EMI Blackwood Music, Inc., Apollinaire Music, Aniwi Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1020827&ownerId=84099976 |
| Britney Spears | I'm A Slave 4 U | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001060309 | 11/23/2001 | EMI Blackwood Music, Inc., Waters of Nazareth, EMI April Music, Inc., Chase Chad Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3591122&ownerId=10766140 |

Page 5

Exhibit 1
Page 9

Schedule C – Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Clamants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Nelly Furtado | In God's Hands | EMI April Music, Inc. | | PA0001164471 | 6/29/2006 | Nelstar Publishing, Inc., Emi April Music, Inc, Future Furniture Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6859718&ownerId=5033305 |
| Goo Goo Dolls | Iris | EMI Virgin Songs, Inc. | | PA0000900647 | 6/3/1998 | EMI Virgin Songs, Inc., Scrap Metal Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5909537&ownerId=12877024 |
| Enya | It's In The Rain | EMI Blackwood Music, Inc. | | PA0001163071 | 12/22/2005 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1113441&ownerId=9767416 |
| Jennifer Lopez | Jenny From The Block | EMI U Catalog, Inc. | EMI April Music, Inc. | PA0001105367 | 5/27/2003 | EMI Unart Catalog, Inc., Chocolate Factory, Tunesmith Advancements Publishing, Nuyorican Publishing, Ekop Publishing, LLC, Enot Publishing, LIC, BMG Songs, Inc., BDP Music, Paniro's Publishing, Jae wons Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2206433&ownerId=73577023 |
| Pink | Just Like A Pill | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001071111 | 1/9/2002 | EMI April Music, Inc., Pink Panther Music, EMI Blackwood Music, Inc. & Cyptron Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3766278&ownerId=39037937 |
| P. Diddy | Last Night | EMI April Music, Inc. | EMI Blackwood Music, Inc. / Foray Music | PA0001166186 | 12/7/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Marsky Music, Foray Music, Christian Combs Music, 2 Daughters Music, ZSX Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=5622817&ownerId=87590402 |
| Hinder | Lips of An Angel | EMI Blackwood Music, Inc. | | PA0001162967 | 12/14/2005 | EMI Blackwood Music, Inc., Hinder Music Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=6858178&ownerId=102989528 |

Page 6

Exhibit 1
Page 10

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Fergie | London Bridge | EMI April Music, Inc. | | PA0001165471 | 10/27/2006 | EMI April Music, Inc., Headphone Junkie Publishing, Hitco Music, Team S Dot Publishing, Showdy Pimp Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6014038&ownerId=69384696 |
| The Eagles | Love Will Keep Us Alive | EMI Virgin Songs, Inc. | | PA0000795400 | 3/20/1996 | EMI Virgin Music, Ltd., Paul Carrack, Jim Capaldi | http://hi5.com/friend/video/displayViewVideo.do?videoId=1818841&ownerId=101195517 |
| Enya | May It Be | EMI Blackwood Music, Inc. | | PA0001094666 | 5/23/2002 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2392248&ownerId=6477162 |
| D12 | My Band | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001159347 | 6/15/2004 | EMI April Music, Inc., Idiotic Biz, Derty Werks, Runyon Avenue Music, Swifty Mc Vay, EMI Blackwood Music, Inc., Fullproof Publishing, Eight Mile Style, Jaceff Music, Resto World Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5563505&ownerId=53393803 |
| Usher | My Boo | EMI April Music, Inc. | | PA0001159778 | 10/12/2004 | EMI April Music, Inc., Lellow Productions, Shaniah Cymone Music, Phoenix Ave Music Publishing, Justin Combs Publishing Company, Inc., Ur-IV Music, Slack Ad Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1567433&ownerId=16796021 |
| Shakira | No | EMI Blackwood Music, Inc. | | PA0001161600 | 6/13/2005 | EMI Blackwood Music, Inc., Apollinaire Music, Aniwi Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1132713&ownerId=71427924 |
| Blind Melon | No Rain | EMI April Music, Inc. | | PA0000710307 | 5/31/1994 | EMI April Music, Inc., Heavy Melon Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=2353704&ownerId=28688315 |
| Pink | Nobody Knows | EMI Blackwood Music, Inc. | | PA0001164165 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displayViewVideo.do?videoId=9261318&ownerId=7693814 |

Page 7

**Exhibit 1**
**Page 11**

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Enya | Only Time | EMI Blackwood Music, Inc. | | PA0001050453 | 2/28/2001 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=5748 8008&ownerId=108242544 |
| Hootie & The Blowfish | Only Wanna Be With You | EMI April Music, Inc. | | PA0000734279 | 11/28/1994 | EMI April Music, Inc. & Monica's Reluctance To Lob | http://hi5.com/friend/video/displayViewVideo.do?videoId=5645 983&ownerId=13838836 |
| Portishead | Only You | EMI Blackwood Music, Inc. | | PA0000964922 | 9/30/1997 | EMI Unart Catalog, Inc., EMI Blackwood Music, Inc., Beet Junkye Music, Chrysalis Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=1430 9358&ownerId=2142439 |
| The Fray | Over My Head (Cable Car) | EMI April Music, Inc. | | PA0001162858 | 12/6/2005 | EMI April Music, Inc., Aaron Edwards Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=4096 6078&ownerId=6185752 |
| 50 Cent | P.I.M.P. | EMI April Music, Inc. | EMI April Music, Inc. | PA0001105184 | 3/31/2003 | EMI April Music, Inc., Derty Werks, 50 Cent Music Publishing, B. Parrott | http://hi5.com/friend/video/displayViewVideo.do?videoId=3491 9578&ownerId=42371087 |
| Black Eyed Peas | Pump It | EMI Grove Park Music, Inc. | | PA0001162173 | 8/16/2005 | EMI Grove Park Music, Inc., Headphone Junkie Publishing, EMI April Music, Inc., Will I Am Music, Jeepney Music Publishing, Reach Global | http://hi5.com/friend/video/displayViewVideo.do?videoId=2821 038&ownerId=41419374 |
| Amy Winehouse | Rehab | EMI Blackwood Music, Inc. | | PA0001167207 | 3/15/2007 | EMI Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=6337 8058&ownerId=15627446 |
| Danity Kane | Ride for You | EMI April Music, Inc. | | PA0001165257 | 10/6/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., Phoenix Ave Music Publishing, Face the Music, Baby Boys Little Publishing Company, Bre's Musicbox | http://hi5.com/friend/video/displayViewVideo.do?videoId=3128 4008&ownerId=72060592 |

Exhibit 1
Page 12

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Justin Timberlake | Rock Your Body | EMI April Music, Inc. | EMI Blackwood Music, Inc. | PA0001118862 | 11/21/2002 | EMI April Music, Inc., Chase Chad Music, EMI Blackwood Music, Inc., Waters of Nazareth, Tennman Tunes | http://hi5.com/friend/video/displayViewVideo.do?videoId=3202824&ownerId=102691012 |
| Regina Spektor | Samson | EMI Blackwood Music, Inc. | | PA0001286734 | 7/20/2005 | Regina Spektor, 1980-, d.b.a. Soviet Kitsch Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=3247024&ownerId=87590402 |
| Chris Brown | Say Goodbye | EMI April Music, Inc. | | PA0001163325 | 1/25/2006 | EMI April Music, Inc., Justin Combs Publishing Company, Inc., Phoenix Ave Music Publishing, Baby Boys Little Publishing Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=2099314&ownerId=107896311 |
| Third Eye Blind | Semi-Charmed Life | EMI Blackwood Music, Inc. | | PA0000797856 | 8/25/1997 | EMI Blackwood Music, Inc., 3EB Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=4010010&ownerId=83319098 |
| Bow Wow | Shortie Like Mine | EMI April Music, Inc. | | PA0001166739 | 1/22/2007 | EMI April Music, Inc., Shaniah Cymone Music, Air Control Music, Thowin' Tantrums Music, Naked Under My Clothes, Baby Boys Little Publishing Company | http://hi5.com/friend/video/displayViewVideo.do?videoId=5247908&ownerId=99334417 |
| Janet Jackson | So Excited | EMI April Music, Inc. | | PA0001166013 | 11/29/2006 | EMI April Music, Inc., Flyte Tyme Tunes, Inc., Shaniah Cymone Music, Naked Under My Clothes, Air Control Music, Basajamba Music, Globella, LLC, Hancock Music, More Cut Music, Bridge Of Sighs Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1026401&ownerId=64255336 |
| Ne-Yo | So Sick | EMI April Music, Inc. | | PA0001163977 | 3/31/2006 | EMI Music Publishing, Ltd., Sony/ATV Music, Ltd., Zomba Music Publishers | http://hi5.com/friend/video/displayViewVideo.do?videoId=6296238&ownerId=33881261 |
| Tool | Sober | EMI Virgin Music, Inc. | | PA0000628773 | 7/28/1993 | EMI Virgin Music, Inc., & Toolshed Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1277798&ownerId=9131696 |

Exhibit 1
Page 13

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator(s) USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Incubus | Stellar | EMI April Music, Inc. | | PA000978102 | 12/30/1999 | EMI April Music, Inc., Hunglikeyora Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=42103078&ownerId=11597810 |
| Pink | Stupid Girls | EMI Blackwood Music, Inc. | | PA0001164168 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Turtle Victory | http://hi5.com/friend/video/displayViewVideo.do?videoId=1216735&ownerId=34856279 |
| Norah Jones | Sunrise | EMI April Music, Inc. | | PA0001159030 | 4/8/2004 | EMI Songs, Ltd., Unichappell Music, Inc., Geomantic Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=1249311&ownerId=5725172 |
| Five For Fighting | Superman | EMI Blackwood Music, Inc. | | PA0001029927 | 12/12/2000 | EMI Blackwood Music, Inc. & Five For Fighting Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=49862133&ownerId=42668964 |
| Sean Paul | Temperature | EMI April Music, Inc. | | PA0001162634 | 10/25/2005 | EMI Music Publishing, Ltd., Jencone Snowcone Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6677118&ownerId=6657087 |
| Panicl At The Disco | The Only Difference Between Martyrdom and Suicide is Press Coverage | EMI April Music, Inc. | | PA0001162943 | 12/12/2005 | EMI April Music, Inc., Sweet Chin Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=39261218&ownerId=5910225 |
| Celine Dion | The Power of Love | EMI April Music, Inc. | | PA000408858 | 12/27/1988 | S B K Songs Musikverlage, Libraphone Musikverlage | http://hi5.com/friend/video/displayViewVideo.do?videoId=49946058&ownerId=52024331 |
| Stone Sour | Through Glass | EMI April Music, Inc. | | PA0001165083 | 9/26/2006 | EMI April Music, Inc., Stone Sour Music, LLC, Music That Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=2643028&ownerId=66213844 |
| Mr. Big | To Be With You | EMI April Music, Inc. | | PA000542741 | 8/28/1991 | EMI April Music, Inc., Dog Turner Music & Eric Martin Songs | http://hi5.com/friend/video/displayViewVideo.do?videoId=11095378&ownerId=84099976 |

Page 10

Exhibit 1
Page 14

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Natalie Imbruglia | Torn | Colgems-EMI Music Inc. | | PA0000705322 | 8/4/1995 | Songs of Polygram International, Inc., Weetie-Pie Music, Scott Cutler Music, EMI Music, Inc. & Phil Thornally Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=6876260&ownerId=48608838 |
| Britney Spears | Toxic | Colgems-EMI Music Inc. | | PA0001158179 | 12/11/2003 | EMI Music Publishing, Ltd., Murlyn Songs | http://hi5.com/friend/video/displayViewVideo.do?videoId=2921219&ownerId=53405695 |
| Rihanna | Unfaithful | EMI April Music, Inc. | | PA0001164296 | 5/16/2006 | EMI Music Publishing, Ltd., Sony/ATV Music, Ltd., Zomba Music Publishing, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2375308&ownerId=59628712 |
| Beyonce | Upgrade U | EMI Longitude Music | EMI April Music, Inc. / EMI Blackwood Music, Inc. | PA0001165461 | 10/26/2006 | EMI April Music, Inc., B-day Publishing, EMI Longitude Music, Carter Boys Publishing, EMI Blackwood Music, Inc., Yoga Flames Music, Janice Combs Publishing, Inc., MWP Publishing, Christopher Garrett's Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=3239023&ownerId=11728246 |
| Jamiroquai | Virtual Insanity | EMI Blackwood Music, Inc. | | PA0000852396 | 7/3/1997 | EMI Music Publishing, Ltd., & EMI Blackwood Music, Inc. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2663811&ownerId=106487682 |
| Foo Fighters | Walking After You | EMI Virgin Songs, Inc. | | PA0000875688 | 7/24/1997 | MJ Twelve Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5304810&ownerId=41953915 |
| Katrina and The Waves | Walking on Sunshine | Screen Gems-EMI Music Inc. | | PA0002244407 | 4/16/1985 | Megasongs, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=8544068&ownerId=102103397 |
| Spice Girls | Wannabe | EMI Full Keel Music | | PA0000823685 | 11/29/1996 | Polygram Music Publishing, Ltd., & Windswept Pacific Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=2088613&ownerId=104434351 |

Page 11

Exhibit 1
Page 15

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Mariah Carey | We Belong Together | EMI April Music, Inc. | | PA0001162027 | 7/7/2005 | EMI April Music, Inc., Shaniah Cymone Music, Slack A.D. Music, Naked Under My Clothes, Rye Songs, Ballads by Design, Abkco Music, Inc., Sony/ATV Music Publishing, Warner-Tamerlane Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2545 2208&ownerId=80731590 |
| Rihanna | We Ride | EMI Blackwood Music, Inc. | EMI April Music, Inc. | PA0001164300 | 5/16/2006 | EMI Blackwood Music, Inc., Janice Combs Publishing, Inc., Yoga Flames Music, EMI Music Publishing, Ltd., Sony/ATV Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=3807 9278&ownerId=67894025 |
| Blink-182 | What's My Age Again? | EMI April Music, Inc. | | PA0000957349 | 6/28/1999 | EMI April Music, Inc. & Fun With Goats | http://hi5.com/friend/video/displayViewVideo.do?videoId=1841 531&ownerId=53876609 |
| Black Eyed Peas | Where is the Love | EMI Blackwood Music, Inc. | | PA0001158942 | 3/23/2004 | EMI Blackwood Music, Inc., El Cubano Music, Will I Am Music, Printz Board, Tuono Music, Nawasha Networks, Jeepney Music Publishing, Tennman Tunes | http://hi5.com/friend/video/displayViewVideo.do?videoId=1052 318&ownerId=46484020 |
| Pink | Who Knew | EMI Blackwood Music, Inc. | | PA0001164173 | 5/1/2006 | EMI Blackwood Music, Inc., Pink Inside Publishing, Maratone, AB, Kasz Money Publishing | http://hi5.com/friend/video/displayViewVideo.do?videoId=2080 007&ownerId=106144447 |
| Jewel | Who Will Save Your Soul | EMI April Music, Inc. | | PA0000806918 | 8/8/1996 | WB Music Corporation, Wiggly Tooth Music | http://hi5.com/friend/video/displayViewVideo.do?videoId=5269 203&ownerId=60815509 |

Exhibit 1
Page 16

Schedule C - Plaintiffs' Musical Compositions - Hi5 Infringements

| Example Artist | Title | Current EMI Administrator USA | Additional Current EMI Administrator(s) USA | Registration Number | Registration Date | Original Claimants | Hi5 URL |
|---|---|---|---|---|---|---|---|
| Usher | Yeah | EMI April Music, Inc. | | PA0001159089 | 4/20/2004 | EMI April Music, Inc., Air Control Music, Basajamba Music, Me and Marq Music, Ludacris Music Publishing, Inc., Hitco South, Christopher Matthew Music, Christopher Garrett's Publishing, Swole Music, Robert McDowell | http://hi5.com/friend/video/displayViewVideo.do?videoId=2921 22&ownerId=53405695 |
| James Blunt | You're Beautiful | EMI Blackwood Music, Inc. | | PA0001162696 | 11/9/2005 | EMI Music Publishing, Ltd., Bucks Music, Ltd. | http://hi5.com/friend/video/displayViewVideo.do?videoId=3555 01&ownerId=12730100 |

Page 13

Exhibit 1
Page 17

**EXHIBIT 2**



Exhibit 2
Page 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware Corporation; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation | CASE NO. 08 CV 5831 |
| Plaintiffs, | |
| v. | |
| VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM; and DOES 1-10, inclusive | |
| Defendants. | |

CASE NO. 08 CV 5831

**CERTIFICATE OF SERVICE**

I, Jeffrey M. Movit, hereby certify that on August 18, 2008 the Opposition of Plaintiff to

Motion to Dismiss, or Alternatively, to Transfer Venue of Defendant Hi5 Networks, Inc.; and the

accompanying Declarations of Marc Mayer, Alasdair McMullan, and Michael Abitbol were filed

via CM/ECF, which will provide electronic copies and notification of filing to counsel of record

for defendants VideoEgg, Inc. and Hi5 Networks, Inc.

1918368.1

DATED: New York, New York
      August 18, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
     Jeffrey M. Movit (JM-6725)
     12 East 49th Street, 30th Floor
     New York, New York 10017-1028
     Telephone: (212) 509-3900
     Facsimile: (212) 509-7239

2