UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware Corporation; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, Inc., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation<br><br>             Plaintiffs,<br><br>   v.<br><br>VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM; and DOES 1-10, inclusive<br><br>             Defendants. | CASE NO.  08 CV 5831<br><br><br>DECLARATION OF ALASDAIR MCMULLAN IN OPPOSITION TO MOTION OF DEFENDANT Hi5 NETWORKS, INC. TO DISMISS, OR, ALTERNATIVELY, TO TRANSFER VENUE |

ALASDAIR MCMULLAN declares under the penalties of perjury as follows:

1.     I am the Executive Vice President of Legal Affairs of EMI Music North America ("EMI").  In my capacity as in-house counsel for EMI, among other things, I manage and supervise litigation for EMI and its record label affiliates, including but not limited to Capitol Records, LLC, Caroline Records, Inc., and Virgin Records America, Inc. (collectively, the "EMI

Record Companies"). I make this Declaration upon personal knowledge and in Opposition to the Motion to Dismiss, or Alternatively, to Transfer Venue, of Defendant Hi5 Networks, Inc. ("Hi5").

2.     The EMI Record Companies own copyrights and/or exclusive rights in and to thousands of sound recordings, including those sound recordings whose copyrights and/or exclusive rights the defendants are alleged to have infringed in the instant action.

3.     Caroline Records, Inc. is a corporation organized and existing under the laws of the State of New York. Caroline maintains its principal place of business at 101 Avenue of the Americas, New York, New York.

4.     Virgin Records America, Inc. maintains its principal place of business at 150 Fifth Avenue, New York, New York.

5.     Capitol Records, LLC ("Capitol") maintains its principal place of business at 150 Fifth Avenue, New York, New York. Capitol also maintains an office at 1750 North Vine Street, Hollywood, California.

6.     All of the corporate witnesses who I expect to testify in this case on behalf of the EMI Record Companies regarding the ownership of the sound recordings at issue reside in the New York metropolitan area, with the possible exception of certain employees of Capitol, who

2

may reside in the Los Angeles metropolitan area. Additionally, all of the corporate witnesses who I expect to testify in this case on behalf of the EMI Record Companies regarding the injury caused to the EMI Record Companies reside in the New York metropolitan area.

7.    All of the documents pertaining to the EMI Record Companies' ownership and licensing of the sound recordings at issue (including copyright registrations, recording agreements, license agreements, and chain-of-title documents) are maintained in New York, New York, with the exception of certain documents pertaining to recordings owned by Capitol, which may be maintained in Los Angeles, California. All of the documents relating to the EMI Record Companies' damages are maintained in New York, New York.

8.    As part of its ongoing anti-piracy efforts, EMI regularly conducts investigations from its offices in New York to locate infringing uses of the EMI Record Companies' sound recordings over the Internet. In or around late 2007 and early 2008, under my supervision, representatives of EMI conducted an investigation of Hi5's website from our offices in New York. Based on that investigation, EMI learned that Hi5 and thousands of its users were committing copyright infringement on a massive scale through the unauthorized uploading, sharing, and viewing of thousands of files containing sound recordings that are owned by the EMI Record Companies. During this investigation, EMI's representatives viewed (and documented their viewing of) infringing files on Hi5's website from our offices in New York. Attached hereto as Exhibit 1 is a true and correct copy of spreadsheets (which also were attached as Exhibits A and B to Plaintiffs' Complaint) listing videos that at one time were available on

3

Hi5 containing the EMI Record Companies' sound recordings, as well as the specific Hi5 URL ("Uniform Resource Locator") location on which these videos were found on the Hi5 website. All of these videos were viewed at EMI's New York offices.

9.    All of the documents pertaining to EMI's investigation of Hi5 (with the exception of documents generated by or provided to EMI's counsel), are located at EMI's offices in New York, and all of EMI's witnesses who participated in that investigation reside in the New York metropolitan area.

10.    During the course of EMI's investigation, EMI representatives took screenshots of Hi5 webpages containing videos embodying recordings whose copyrights or related rights are owned by the EMI Record Companies.  Attached hereto as Exhibit 2 is a true and correct copy of an exemplar screenshot taken by an EMI representative, reflecting a Hi5 webpage on which the video "The Kill," by recording artist "30 Seconds To Mars," is available.

11.    I declare under the penalties of perjury that the foregoing is true and correct.

Executed on August 18, 2008
New York, New York

ALASDAIR MCMULLAN

4

**EXHIBIT 1**

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| 30 Seconds To Mars | Attack | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1283958&ownerId=3910778&vi deoSequenceType=search&offset=15&order=0 &country=0&categoryCode=0&searchText=30+ seconds+to+mars |
| 30 Seconds To Mars | Capricorn | Virgin Records America, Inc. | SR0000317574 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1156044&ownerId=8521141 6&v ideoSequenceType=search&offset=39&order=0 &country=0&categoryCode=0&searchText=30+ seconds+to+mars |
| 30 Seconds To Mars | From Yesterday | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5634732&ownerId=27800655&v ideoSequenceType=search&offset=18&order=0 &country=0&categoryCode=0&searchText=30+ seconds+to+mars |
| 30 Seconds To Mars | The Kill | Virgin Records America, Inc. | SR0000377457 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1037721&ownerId=1029152247& videoSequenceType=search&offset=48&order=0 &country=0&categoryCode=0&searchText=30+ seconds+to+mars |
| Abdul, Paula | Blowing Kisses In the Wind | Virgin Records America, Inc. | SR0000129900 | 5/28/1991 | PA0000554729 | 11/12/1991 | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=4843125&ownerId=17177451&v ideoSequenceType=search&offset=32&order=0 &country=0&categoryCode=0&searchText=paul a+abdul |
| Abdul, Paula | Cold Hearted | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000447547 | 1/17/1990 | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5542006&ownerId=12170203&v ideoSequenceType=search&offset=11&order=0 &country=0&categoryCode=0&searchText=paul a+abdul |
| Abdul, Paula | Crazy Cool | Virgin Records America, Inc. | SR0000175823 | 6/19/1995 | PA0000771771 | 10/26/1995 | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5542034&ownerId=12170203&v ideoSequenceType=search&offset=1&order=0 &country=0&categoryCode=0&searchText=paul a+abdul |

Exhibit 1
Page 5

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Abdul, Paula | Forever Your Girl | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000460460 | 1/10/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542071&ownerId=12170203&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | My Love Is For Real | Virgin Records America, Inc. | SR0000175823 | 6/19/1995 | PA0000658385 | 7/25/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6802301&ownerId=99073996&videoSequenceType=search&offset=23&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Opposites Attract | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000459311 PA0000460458 | 1/10/1990 & 2/15/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5542090&ownerId=12170203&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Rush Rush | Virgin Records America, Inc. | SR0000129900 | 5/28/1991 | PA0000524439 | 6/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6882819&ownerId=70959507&videoSequenceType=search&offset=15&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Abdul, Paula | Straight Up | Virgin Records America, Inc. | SR0000093688 | 8/9/1988 | PA0000437319 PA0000440585 | 11/17/1989 & 11/27/1987 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6156535&ownerId=10043632&videoSequenceType=search&offset=12&order=0&country=0&categoryCode=0&searchText=paula+abdul |
| Allen, Lily | Alfie | Capitol Records, Inc. | SR0000392058 | 6/20/2007 | PA0001167334 PA0001375895 V3490D336 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5372569&ownerId=98478748&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=lily+allen |
| Allen, Lily | LDN | Capitol Records, Inc. | SR0000392060 | 6/20/2007 | PA0001375899 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6833598&ownerId=16938695&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=lily+allen |

Page 2

Exhibit 1
Page 6

Schedule A - Plaintiffs Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|--------------|----------|
| Allen, Lily | Smile | Capitol Records, Inc. | SR0000392059 | 6/20/2007 | PA0001375897 | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3097327&ownerId=112663655&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=lily+allen |
| Beastie Boys | Body Movin | Capitol Records, Inc. | SR0000277731 | 8/25/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6801908&ownerId=30813000&videoSequenceType=search&offset=20&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Ch-Check It Out | Capitol Records, Inc. | SR0000360352 | 9/16/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3367806&ownerId=21294574&videoSequenceType=search&offset=57&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Intergalactic | Capitol Records, Inc. | SR0000277731 | 8/25/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6564446&ownerId=5910225&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Sabotage | Capitol Records, Inc. | SR0000213461 | 9/11/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5568210&ownerId=58625679&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | So What Cha Want | Capitol Records, Inc. | SR0000197458 | 4/10/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6135574&ownerId=32333387&videoSequenceType=search&offset=61&order=0&country=0&categoryCode=0&searchText=beastie+boys |
| Beastie Boys | Sure Shot | Capitol Records, Inc. | SR0000213461 | 9/11/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3112313&ownerId=68960257&videoSequenceType=search&offset=12&order=0&country=0&categoryCode=0&searchText=beastie+boys |

Page 3

Exhibit 1
Page 7

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|--------------|-----|-------------|----------|
| Benatar, Pat | Fire and Ice | Capitol Records, Inc. | SR000028224 | 7/14/1981 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4019706&ownerId=7790911 2&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Love Is A Battlefield | Capitol Records, Inc. | SR000052157 | 2/27/1984 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1416634&ownerId=6578669&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Promises In the Dark | Capitol Records, Inc. | SR000028224 | 7/14/1981 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4164442&ownerId=7790911 2&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | Shadows Of the Night | Capitol Records, Inc. | SR000039516 | 10/15/1982 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5229073&ownerId=6930451 7&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | We Belong | Capitol Records, Inc. | SR000058074 | 11/9/1984 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5519888&ownerId=18073966&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Benatar, Pat | You Better Run | Capitol Records, Inc. | SR000020348 | 8/20/1980 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4151260&ownerId=1168767 70&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Pat+Benatar |
| Blind Melon | Change | Capitol Records, Inc. | SR000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6444807&ownerId=6961024&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=blind+melon |

Page 4

Exhibit 1
Page 8

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Blind Melon | No Rain | Capitol Records, Inc. | SR0000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=2353704&ownerId=2868315&vid eoSequenceType=search&offset=1&order=0 |
| Blind Melon | Tones of Home | Capitol Records, Inc. | SR0000384161 | 3/3/2006 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=568847&ownerId=3118087&v ideoSequenceType=search&offset=5&order=0 &country=0&categoryCode=0&searchText=blin d+melon |
| Blondie | Atomic | Capitol Records, Inc. | SR0000012739 | 10/1/1979 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3977111&ownerId=1193592658& videoSequenceType=search&offset=60&order= 0&country=0&categoryCode=0&searchText=blo ndie |
| Blondie | Heart Of Glass | Capitol Records, Inc. | SR0000008533 | 1/10/1079 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3502713&ownerId=61033952&v ideoSequenceType=search&offset=18&order=0 &country=0&categoryCode=0&searchText=blon die |
| Blondie | Rapture | Capitol Records, Inc. | SR0000024242 | 2/2/1981 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6674469&ownerId=77909112&v ideoSequenceType=search&offset=11&order=0 &country=0&categoryCode=0&searchText=blon die |
| Blondie | The Tide Is High | Capitol Records, Inc. | SR0000022605 | 11/28/1980 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3514215&ownerId=70792644&v ideoSequenceType=search&offset=1&order=0 &country=0&categoryCode=0&searchText=blon die |
| Blur | Charmless Man | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6642276&ownerId=43428338&v ideoSequenceType=search&offset=44&order=0 &country=0&categoryCode=0&searchText=blur |

Page 5

Exhibit 1
Page 9

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|--------------|-----|--------------|----------|
| Blur | Coffee and TV | Virgin Records America, Inc. | SR0000175172 | 6/28/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1412179&ownerId=3863107&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Country House | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | PA000782207 | 2/12/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5655043&ownerId=585901508&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Girls and Boys | Virgin Records America, Inc. | SR0000345517 | 12/31/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5983495&ownerId=988432758&videoSequenceType=search&offset=31&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Parklife | Virgin Records America, Inc. | SR0000345517 | 12/31/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5537877&ownerId=585901508&videoSequenceType=search&offset=4&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | Song 2 | Virgin Records America, Inc. | SR0000231938 | 3/12/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1459514&ownerId=724631348&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=blur |
| Blur | The Universal | Virgin Records America, Inc. | SR0000213626 | 9/26/1995 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2848741&ownerId=2877964&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=blur |
| Bush, Kate | Baboshka | Capitol Records, Inc. | SR000045352 | 6/23/1983 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535019&ownerId=984787488&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=kate+bush |

Page 6

Exhibit 1
Page 10

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Bush, Kate | Breathing | Capitol Records, Inc. | SR0000045352 | 6/23/1983 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535060&ownerId=9847874&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=kate+bush |
| Bush, Kate | Cloudbusting | Capitol Records, Inc. | SR0000082918 | 6/19/1987 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5535366&ownerId=9847874&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=kate+bush |
| Chemical Brothers | Elektrobank | Caroline Records, Inc. | SR0000295193 | 4/26/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=23792078&ownerId=41953915&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=Chemical+Brothers |
| Chemical Brothers | Out Of Control | Caroline Records, Inc. | SR0000295358 | 4/19/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=23761113&ownerId=41953915&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Chemical+Brothers |
| Chingy | One Call Away | Capitol Records, Inc. | SR0000343106 | 8/5/2003 | PA0001158105 | 12/8/2003 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=67769938&ownerId=10987852&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Chingy |
| Chingy | Dem Jeans | Capitol Records, Inc. | SRu00060222944 | 7/14/2006 | PA0001167213 | 3/19/2007 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=13394828&ownerId=7629542&videoSequenceType=search&offset=19&order=0&country=0&categoryCode=0&searchText=Chingy |
| Chingy | Holiday Inn | Capitol Records, Inc. | SR0000343106 | 8/5/2003 | PA0001131724 | 9/16/2003 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=35687358&ownerId=36693966&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Holiday+Inn |

Page 7

Exhibit 1
Page 11

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|-------------|----------|
| Coldplay | Clocks | Capitol Records, Inc. | SR000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1602349&ownerId=39674887&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Don't Panic | Capitol Records, Inc. | SR000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6145187&ownerId=6663167&videoSequenceType=search&offset=26&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | In My Place | Capitol Records, Inc. | SR000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=10817712&ownerId=72463134&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Scientist | Capitol Records, Inc. | SR000322958 | 9/9/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=886302&ownerId=72463134&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Shiver | Capitol Records, Inc. | SR000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=4136216&ownerId=13139202&videoSequenceType=search&offset=55&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Talk | Capitol Records, Inc. | SR000376828 | 8/17/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6189107&ownerId=11387636&videoSequenceType=search&offset=28&order=0&country=0&categoryCode=0&searchText=Coldplay |
| Coldplay | Trouble | Capitol Records, Inc. | SR000328762 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1075818&ownerId=72463134&videoSequenceType=search&offset=78&order=0&country=0&categoryCode=0&searchText=Coldplay |

Page 8

Exhibit 1
Page 12

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|-------------|-----|-------------|----------|
| Coldplay | Yellow | Capitol Records, Inc. | SR0000360775 | 9/20/2004 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=975700&ownerId=703337&vide oSequenceType=search&offset=3&order=0&co untry=0&categoryCode=0&searchText=Coldpla y |
| Daft Punk | Aerodynamic | Virgin Records America, Inc. | SR0000379190 | 11/8/2005 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3039365&ownerId=775005198v ideoSequenceType=search&offset=4&order=0 &country=0&categoryCode=0&searchText=daft +punk |
| Daft Punk | Around The World | Virgin Records America, Inc. | SR0000220421 | 3/26/1997 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5741147&ownerId=1332599528 videoSequenceType=search&offset=8&order=0 &country=0&categoryCode=0&searchText=daft +punk |
| Dandy Warhols | Bohemian Like You | Capitol Records, Inc. | SR0000285787 | 9/1/2000 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1353410&ownerId=87590402&v ideoSequenceType=search&offset=8&order=0 &country=0&categoryCode=10&searchText=da ndy+warhols |
| Dandy Warhols | Get Off | Capitol Records, Inc. | SR0000285787 | 9/1/2000 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3238131&ownerId=1064876828 videoSequenceType=search&offset=1&order=0 &country=0&categoryCode=10&searchText=da ndy+warhols |
| Dandy Warhols | Plan A | Capitol Records, Inc. | SR0000337861 | 9/22/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6418393&ownerId=625189668v ideoSequenceType=search&offset=17&order=0 &country=0&categoryCode=10&searchText=da ndy+warhols |
| Duran Duran | Come Undone | Capitol Records, Inc. | SR0000278777 | 3/24/2000 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6339403&ownerId=1444895898 videoSequenceType=search&offset=45&order= 0&country=0&categoryCode=10&searchText=d uran+duran |

Page 9

Exhibit 1
Page 13

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Duran Duran | Girls on Film | Capitol Records, Inc. | SR0000032401 | 1/6/1982 | PA0000194182 | 5/6/1983 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=61396598&ownerId=779091128&videoSequenceType=search&offset=77&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Hungry Like a Wolf | Capitol Records, Inc. | SR0000037720 | 8/4/1982 | PA0000194182 | 5/6/1983 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=52760708&ownerId=18073966&videoSequenceType=search&offset=65&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Ordinary World | Capitol Records, Inc. | SR0000278777 | 3/24/2000 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=13465078&ownerId=65786698&videoSequenceType=search&offset=24&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Rio | Capitol Records, Inc. | SR0000037720 | 8/4/1982 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=55470298&ownerId=11917948883&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Duran Duran | Wild Boys | Capitol Records, Inc. | SR0000295607 | 5/21/2001 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=53514368&ownerId=11917948883&videoSequenceType=search&offset=69&order=0&country=0&categoryCode=10&searchText=duran+duran |
| Gorillaz | 19-2000 | Virgin Records America, Inc. | SR0000409208 | 1/4/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=69784418&ownerId=10583455008&videoSequenceType=search&offset=58&order=0&country=0&categoryCode=0&searchText=gorillaz |
| Gorillaz | Dirty Harry | Virgin Records America, Inc. | SR0000379135 | 11/14/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=24930698&ownerId=11077215958&videoSequenceType=search&offset=87&order=0&country=0&categoryCode=0&searchText=gorillaz |

Page 10

Exhibit 1
Page 14

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Gorillaz | Tomorrow Comes Today | Virgin Records America, Inc. | SR0000373824 | 5/31/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2420704&ownerId=204531928&videoSequenceType=search&offset=29&order=0&country=0&categoryCode=0&searchText=gorillaz |
| Harper, Ben | Diamonds On The Inside | Virgin Records America, Inc. | SR0000328960 | 3/18/2003 | PA0001222716 | 2/23/2004 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=11288388&ownerId=291807858&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | In The Colors | Virgin Records America, Inc. | Pending | Pending | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5859042&ownerId=1119429698&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | Steal My Kisses | Virgin Records America, Inc. | SR0000273400 | 11/18/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=28085008&ownerId=22890023&videoSequenceType=search&offset=24&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Harper, Ben | With My Own Two Hands | Virgin Records America, Inc. | SR0000328960 | 3/18/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6532856&ownerId=291807858&videoSequenceType=search&offset=44&order=0&country=0&categoryCode=0&searchText=ben+harper |
| Jackson, Janet | Again | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000672913 | 10/1/1993 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6142234&ownerId=30143108&videoSequenceType=search&offset=68&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | All For You | Virgin Records America, Inc. | SR0000308900 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5768826&ownerId=77909112&videoSequenceType=search&offset=328&order=0&country=0&categoryCode=0&searchText=janet+jackson |

Exhibit 1
Page 15

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|-------------|----------|
| Jackson, Janet | Any Time, Any Place | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000694805 | 6/3/1994 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=270110&ownerId=30328951&videoSequenceType=search&offset=78&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | That's The Way Love Goes | Virgin Records America, Inc. | SR0000174392 | 5/24/1993 | PA0000663750 | 5/4/1993 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=442104&ownerId=69721315&videoSequenceType=search&offset=80&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Janet | Together Again | Virgin Records America, Inc. | SR0000261516 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6142532&ownerId=30143108&videoSequenceType=search&offset=70&order=0&country=0&categoryCode=0&searchText=janet+jackson |
| Jackson, Luscious | Naked Eye | Capitol Records, Inc. | SR0000256796 | 7/31/1998 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5620862&ownerId=2186083&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=luscious+jackson |
| Jones, Norah | Until The End | Capitol Records, Inc. | SRu00630866 | 11/9/2006 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6580605&ownerId=76058550&videoSequenceType=search&offset=778&order=0&country=0&categoryCode=0&searchText=Norah+Jones |
| Jones, Norah | What Am I To You | Capitol Records, Inc. | SR0000337829 | 6/2/2003 | PA0001312118 | 7/5/2005 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6714766&ownerId=10881621&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Norah+Jones |
| Kravitz, Lenny | Always On the Run | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000514630 | 4/11/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5506913&ownerId=42388885&videoSequenceType=search&offset=48&order=0&country=0&categoryCode=0&searchText=Kravitz |

Exhibit 1
Page 16

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Kravitz, Lenny | Believe In Me | Virgin Records America, Inc. | SR0000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=342241 7&ownerId=1147741099&videoSequenceType=search&offset=39&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Can't Get You Off My Mind | Virgin Records America, Inc. | SR0000357332 | 8/23/2004 | PA0000782046 | 3/5/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=327250 8&ownerId=1151547918&videoSequenceType=search&offset=91&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Circus | Virgin Records America, Inc. | SR0000357332 | 8/23/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=523350 4&ownerId=5333938038&videoSequenceType=search&offset=46&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | If I Could Fall In Love | Virgin Records America, Inc. | SR0000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=121700 0&ownerId=854733998&videoSequenceType=search&offset=125&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | It Ain't Over Till It's Over | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000524444 | 6/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=149541 3&ownerId=348562798&videoSequenceType=search&offset=83&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Mr. Cab Driver | Virgin Records America, Inc. | SR0000111095 | 9/22/1989 | PA0000467658 | 3/26/1990 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=523350 6&ownerId=5333938038&videoSequenceType=search&offset=149&order=0&country=0&categoryCode=0&searchText=Kravitz |
| Kravitz, Lenny | Stand By My Woman | Virgin Records America, Inc. | SR0000128345 | 4/18/1991 | PA0000536644 | 9/19/1991 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=559659 1&ownerId=1093617133&videoSequenceType=search&offset=97&order=0&country=0&categoryCode=0&searchText=Kravitz |

Page 13

Exhibit 1
Page 17

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|-------------------|-----|--------------|-----|--------------|----------|
| Kravitz, Lenny | Stillness of the Heart | Virgin Records America, Inc. | SR000317577 | 9/3/2002 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=3271959&ownerId=653646833&v ideoSequenceType=search&offset=21&order=0 &country=0&categoryCode=0&searchText=Kra vitz |
| MC Hammer | Can't Touch This | Capitol Records, Inc. | SR000133683 | 9/25/1991 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5330225&ownerId=779091112&v ideoSequenceType=search&offset=3&order=0 &country=0&categoryCode=0&searchText=MC +Hammer |
| OK GO | Here It Goes Again | Capitol Records, Inc. | SR000377392 | 9/20/2005 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5678360&ownerId=12500282&v ideoSequenceType=search&offset=8&order=0 &country=0&categoryCode=0&searchText=OK +GO |
| Radiohead | Climbing Up the Walls | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6948435&ownerId=1719418903 videoSequenceType=search&offset=0&order=0 &country=0&categoryCode=0&searchText=Cli mbing+Up+the+Walls |
| Radiohead | Creep | Capitol Records, Inc. | SR000190976 | 6/16/1994 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5374795&ownerId=6578669&vi deoSequenceType=search&offset=2&order=0& country=0&categoryCode=0&searchText=Radi ohead |
| Radiohead | Exit Music (For a Film) | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5828715&ownerId=1195850202 videoSequenceType=search&offset=0&order=0 &country=0&categoryCode=0&searchText=Exit +music+for+a+film |
| Radiohead | Just | Capitol Records, Inc. | SR0000280260 | 5/16/2000 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5585100&ownerId=1191794888& videoSequenceType=search&offset=19&order= 0&country=0&categoryCode=0&searchText=Ra diohead |

Page 14

Exhibit 1
Page 18

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Radiohead | Karma Police | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=13534078ownerId=87590402&v ideoSequenceType=search&offset=2&order=0 &country=0&categoryCode=0&searchText=Kar ma+Police |
| Radiohead | Lucky | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=2842912&ownerId=1034828998 videoSequenceType=search&offset=0&order=0 &country=0&categoryCode=0&searchText=Luc ky+Radiohead |
| Radiohead | No Surprises | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1607730&ownerId=87590402&v ideoSequenceType=search&offset=13&order=0 &country=0&categoryCode=0&searchText=Rad iohead |
| Radiohead | Paranoid Android | Capitol Records, Inc. | SR000330613 | 3/20/2003 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5781079&ownerId=76424612&v ideoSequenceType=search&offset=5&order=0 &country=0&categoryCode=0&searchText=Par anoid+Android |
| Radiohead | Street Spirit | Capitol Records, Inc. | SR000280260 | 5/16/2000 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5362854&ownerId=13448504&v ideoSequenceType=search&offset=53&order=0 &country=0&categoryCode=0&searchText=radi ohead |
| Red Jumpsuit Apparatus | False Pretence | Virgin Records America, Inc | SR0000394029 | 8/11/2006 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6108039&ownerId=6185752&vi deoSequenceType=search&offset=5&order=0& country=0&categoryCode=0&searchText=Red+ Jumpsuit+Apparatus |
| Roxette | Dangerous | Capitol Records, Inc. | SR000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5648195&ownerId=5578669&vi deoSequenceType=search&offset=2&order=0& country=0&categoryCode=0&searchText=Roxe tte |

Page 15

Exhibit 1
Page 19

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|-----|-----|-----|----------|
| Roxette | Dressed for Success | Capitol Records, Inc. | SR000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5707880&ownerId=61033952&videoSequenceType=search&offset=40&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Fading Like A Flower | Capitol Records, Inc. | SR000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5707767&ownerId=61033952&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Wish I Could Fly | Capitol Records, Inc. | SR000337842 | 5/30/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=185316&ownerId=54785572&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | It Must Have Been Love | Capitol Records, Inc. | SR000183669 | 10/8/1993 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2713119&ownerId=66271171&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Joyride | Capitol Records, Inc. | SR000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2576942&ownerId=65364683&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Listen To Your Heart | Capitol Records, Inc. | SR000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5505985&ownerId=83737578&videoSequenceType=search&offset=29&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | Sleeping In My Car | Capitol Records, Inc. | SR000336540 | 5/21/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1268280&ownerId=90134206&videoSequenceType=search&offset=17&order=0&country=0&categoryCode=0&searchText=Roxette |

Exhibit 1
Page 20

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Roxette | Spending My Time | Capitol Records, Inc. | SR000129842 | 5/24/1991 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5700888&ownerId=61033952&videoSequenceType=search&offset=34&order=0&country=0&categoryCode=0&searchText=Roxette |
| Roxette | The Look | Capitol Records, Inc. | SR000107583 | 9/20/1989 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6710637&ownerId=71957226&videoSequenceType=search&offset=13&order=0&country=0&categoryCode=0&searchText=Roxette |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | SR000183904 | 2/12/1996 | PA000782047 PA000803625 | 3/5/1996 & 7/19/1996 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2158856&ownerId=20134740&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Smashing+Pumpkins |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | SR000183904 | 2/12/1996 | PA000782047 PA000803625 | 3/5/1996 & 7/19/1997 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1401901&ownerId=33127358&videoSequenceType=search&offset=3&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Ava Adore | Virgin Records America, Inc. | SR000261479 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6631457&ownerId=10508261&videoSequenceType=search&offset=36&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Bullet With Butterfly Wings | Virgin Records America, Inc. | SR000183904 | 2/12/1996 | PA000771767 | 10/26/1995 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=6272646&ownerId=14796072&videoSequenceType=search&offset=42&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Disarm | Virgin Records America, Inc. | SR000169635 | 8/10/1993 | PA000686609 | 3/4/1994 | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=487801&ownerId=7532762&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |

Page 17

Exhibit 1
Page 21

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|---|---|---|---|---|---|---|---|
| Smashing Pumpkins | Perfect | Virgin Records America, Inc. | SR0000261479 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayVideo.do?videoId=4275034&ownerId=1133232418&videoSequenceType=search&offset=68&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Rocket | Virgin Records America, Inc. | SR0000169635 | 8/10/1993 | PA0000699564 | 3/17/1995 | http://www.hi5.com/friend/video/displayVideo.do?videoId=5258124&ownerId=53393803&videoSequenceType=search&offset=73&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Today | Virgin Records America, Inc. | SR0000169635 | 8/10/1993 | PA0000722860 | 3/13/1995 | http://www.hi5.com/friend/video/displayVideo.do?videoId=6865961&ownerId=35423700&videoSequenceType=search&offset=26&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Tonight, Tonight | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | | | http://www.hi5.com/friend/video/displayVideo.do?videoId=3553731&ownerId=91619747&videoSequenceType=search&offset=14&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Smashing Pumpkins | Zero | Virgin Records America, Inc. | SR0000183904 | 2/12/1996 | | | http://www.hi5.com/friend/video/displayVideo.do?videoId=2055937&ownerId=9434617&videoSequenceType=search&offset=62&order=0&country=0&categoryCode=0&searchText=smashing+pumpkins |
| Spice Girls, The | 2 Become 1 | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayVideo.do?videoId=5844456&ownerId=93022401&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Two+become+one |
| Spice Girls, The | Mama | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | PA0000837493 | 5/6/1997 | http://www.hi5.com/friend/video/displayVideo.do?videoId=5765830&ownerId=19838502&videoSequenceType=search&offset=0&order=0&country=0&categoryCode=0&searchText=Mama+Spice |

Exhibit 1
Page 22

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|--------------|-----|--------------|----------|
| Spice Girls, The | Say You'll Be There | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5571921&ownerId=121702038&videoSequenceType=search&offset=7&order=0&country=0&categoryCode=0&searchText=Say+Youll+Be+There |
| Spice Girls, The | Spice Up Your Life | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5727072&ownerId=121469439&videoSequenceType=search&offset=1&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Stop | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5229513&ownerId=77909112&videoSequenceType=search&offset=6&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Too Much | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3530210&ownerId=21007880&videoSequenceType=search&offset=17&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Viva Forever | Virgin Records America, Inc. | SR0000261523 | 3/5/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1833114&ownerId=73577023&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Spice Girls, The | Wannabe | Virgin Records America, Inc. | SR0000201276 | 2/4/1997 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=2088613&ownerId=104434351&videoSequenceType=search&offset=35&order=0&country=0&categoryCode=0&searchText=Spice+Girls |
| Stone, Joss | Right to Be Wrong | Capitol Records, Inc. | SR0000380071 | 12/7/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=5522455&ownerId=42858858&videoSequenceType=search&offset=28&order=0&country=0&categoryCode=0&searchText=Joss+Stone |

Page 19

Exhibit 1
Page 23

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|--------------|-----|-------------|----------|
| Stone, Joss | Tell me 'bout it | Virgin Records America, Inc. | SRu00642089 | 1/22/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=60926098&ownerId=98478748&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Joss+Stone |
| Stone, Joss | You had me | Capitol Records, Inc. | SR0000380071 | 12/7/2005 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=66405298&ownerId=85786698&videoSequenceType=search&offset=16&order=0&country=0&categoryCode=0&searchText=Joss+Stone |
| Thalia | No No No | Capitol Records, Inc. | SR0000407618 | 6/18/2007 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=59943358&ownerId=71487452&videoSequenceType=search&offset=15&order=0&country=0&categoryCode=0&searchText=Thalia |
| Urban, Keith | Somebody like you | Capitol Records, Inc. | SR0000323344 | 11/8/2002 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=10988518&ownerId=13145494&videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=Keith+Urban |
| Urban, Keith | Your Everything | Capitol Records, Inc. | SR0000273265 | 11/3/1999 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=55235318&ownerId=77909112&videoSequenceType=search&offset=2&order=0&country=0&categoryCode=0&searchText=Keith+Urban |
| The Vines | Winning Days | Capitol Records, Inc. | SR0000361285 | 8/31/2004 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=26369148&ownerId=10215576188videoSequenceType=search&offset=5&order=0&country=0&categoryCode=0&searchText=The+Vines |
| Williams, Robbie | Angels | Capitol Records, Inc. | SR0000333209 | 5/21/2003 | | | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=88360488&ownerId=45787218&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Robbie+Williams |

Page 20

Exhibit 1
Page 24

Schedule A - Plaintiff's Copyrighted Recordings - Hi5 Infringements

| Artist | Track Name | Copyright Claimant | SR# | SR Reg. Date | PA# | PA# | PA Reg. Date | URL Link |
|--------|-----------|--------------------|-----|-------------|-----|-----|-------------|----------|
| Williams, Robbie | Better Man | Capitol Records, Inc. | SR000297254 | 5/14/2001 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6362214&ownerId=1479602272& videoSequenceType=search&offset=7&order=0 &country=0&categoryCode=0&searchText=Bett er+Man |
| Williams, Robbie | Rock DJ | Capitol Records, Inc. | SR000297254 | 5/14/2001 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5629634&ownerId=1308348398& videoSequenceType=search&offset=9&order=0 &country=0&categoryCode=0&searchText=Roc k+DJ |
| Williams, Robbie | She's the One | Capitol Records, Inc. | SR000337289 | 7/9/2003 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=5506982&ownerId=53393803&v ideoSequenceType=search&offset=1&order=0 &country=0&categoryCode=0&searchText=She s+the+One |
| Williams, Robbie | Supreme | Capitol Records, Inc. | SR000297254 | 5/14/2001 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=892913&ownerId=68122470&vi deoSequenceType=search&offset=3&order=0& country=0&categoryCode=0&searchText=Robb ie+Williams |
| Yellowcard | Ocean Avenue | Capitol Records, Inc. | SR000343413 | 11/12/2003 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=1676327&ownerId=386472198v ideoSequenceType=search&offset=2&order=0 &country=0&categoryCode=0&searchText=yell owcard |
| Yellowcard | Only One | Capitol Records, Inc. | SR000343413 | 11/12/2003 | | | | http://www.hi5.com/friend/video/displayViewVid eo.do?videoId=6172076&ownerId=1069290598 videoSequenceType=search&offset=0&order=0 &country=0&categoryCode=0&searchText=yell ow+card |

Exhibit 1
Page 25

Schedule B - Pre 1972 Sound Recordings - Hi5

| Artist | Track Name | URL Link |
|--------|-----------|----------|
| Beatles | I Feel Fine | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3787636&ownerId=65364683&videoSequenceType=search&offset=8&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Penny Lane | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3951841&ownerId=65364683&videoSequenceType=search&offset=13&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Get Back | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=1228000&ownerId=9251977&videoSequenceType=search&offset=21&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | I Need You | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3522112&ownerId=49123604&videoSequenceType=search&offset=27&order=0&country=0&categoryCode=0&searchText=Beatles |
| Beatles | Something | http://www.hi5.com/friend/video/displayViewVideo.do?videoId=3951823&ownerId=65364683&videoSequenceType=search&offset=10&order=0&country=0&categoryCode=0&searchText=Beatles |
| John Lennon | Imagine | http://www.hi5.com/friend/video/3289555--65364683--John%2Blennon%2B-%2Bimagine--view-html |
| John Lennon | Jealous Guy | http://www.hi5.com/friend/video/3550048--80495192--JOHN%2BLENNON%2B-%2BJealous%2BGuy--view-html |
| John Lennon | Give Peace A Chance | http://www.hi5.com/friend/video/6188944--103448518--John%2BLennon%2B-Give%2BPeace%2Ba%2BChan--view-html |
| John Lennon | Working Class Hero | http://www.hi5.com/friend/video/5229916--106409889--John%2BLennon%2BWorking%2BClass%2BHero--view-html |
| John Lennon | Oh My Love | http://www.hi5.com/friend/video/5373021--115518195--John%2BLennon%2B-%2BOh%2BMy%2BLove--view-html |
| The Beach Boys | Wouldn't It Be Nice | http://www.hi5.com/friend/video/6455439--157366541--Beach%2BBoys%2B-%2BWouldn%2525271%2Bit%2Bbe%2Bni--view-html |
| Jethro Tull | Bouree | http://www.hi5.com/friend/video/5768855--77909112--bouree--view-html |

Exhibit 1
Page 26

**EXHIBIT 2**



Exhibit 2
Page 27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware Corporation; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL MUSIC, INC., a Connecticut Corporation; EMI FULL KEEL MUSIC, INC., a duly licensed Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation; EMI ROBBINS CATALOG, INC., a New York Corporation; EMI WATERFORD MUSIC, INC., a California Corporation; EMI GROVE PARK MUSIC, INC., a California Corporation; COLGEMS-EMI MUSIC, INC., a Delaware Corporation; and EMI VIRGIN SONGS, INC., a New York Corporation<br><br>       Plaintiffs,<br><br>   v.<br><br>VIDEOEGG, INC. d/b/a VIDEOEGG.COM, a Delaware corporation; HI5 NETWORKS, INC. d/b/a HI5.COM; and DOES 1-10, inclusive<br><br>       Defendants. | CASE NO. 08 CV 5831<br><br><br>**CERTIFICATE OF SERVICE** |

I, Jeffrey M. Movit, hereby certify that on August 18, 2008 the Opposition of Plaintiff to Motion to Dismiss, or Alternatively, to Transfer Venue of Defendant Hi5 Networks, Inc.; and the accompanying Declarations of Marc Mayer, Alasdair McMullan, and Michael Abitbol were filed via CM/ECF, which will provide electronic copies and notification of filing to counsel of record for defendants VideoEgg, Inc. and Hi5 Networks, Inc.

1918368.1

DATED: New York, New York
          August 18, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
          Jeffrey M. Movit (JM-6725)
          12 East 49th Street, 30th Floor
          New York, New York 10017-1028
          Telephone: (212) 509-3900
          Facsimile: (212) 509-7239

2