## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2008, the foregoing Reply Memorandum of Law in Support of hi5 Networks' Motion to Dismiss or, Alternatively, to Transfer Venue and the accompanying Supplemental Affidavit of Ramu Yalamanchi were filed via CM/ECF, which will provide electronic copies and notification of filing to the counsel listed below. Courtesy copies were sent via electronic mail.

| | |
|---|---|
| MITCHELL, SILBERBERG & KNUPP LLP<br>Christine Lepera<br>Jeffrey M. Movit<br>12 East 49th Street, 30th Floor<br>New York, New York 10017 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Neel Chatterjee<br>Robert Ricketson<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| -and- | -and- |
| Russell J. Frackman<br>Marc E. Mayer<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Lisa T. Simpson<br>666 Fifth Avenue<br>New York, NY 10103 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant VideoEgg, Inc.* |

                                                   /s/ Emma Terrell
                                                   Emma Terrell (ET-1414)