## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, the foregoing Reply Memorandum of Law in Support of hi5 Networks' Motion to Dismiss or, Alternatively, to Transfer Venue, the Supplemental Affirmation of Emma Terrell, and the accompanying Supplemental Affidavit of Ramu Yalamanchi were filed via CM/ECF, which will provide electronic copies and notification of filing to the counsel listed below.  Courtesy copies were sent via electronic mail.

MITCHELL, SILBERBERG & KNUPP LLP
Christine Lepera
Jeffrey M. Movit
12 East 49th Street, 30th Floor
New York, New York 10017

-and-

Russell J. Frackman
Marc E. Mayer
11377 West Olympic Boulevard
Los Angeles, California 90064-1683

*Attorneys for Plaintiffs*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Neel Chatterjee
Robert Ricketson
1000 Marsh Road
Menlo Park, CA 94025-1015

-and-

Lisa T. Simpson
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendant VideoEgg, Inc.*

                                                 /s/ Emma Terrell
                                               Emma Terrell (ET-1414)